**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KAL AVIATION LLC, | § | Case No. 24-90615 (CML) |
| | § | |
| Debtor. | § | *(Formerly Jointly Administered* |
| | § | *under Lead Case No. 24-90614)* |
| | § | |
| KAL GUC LIQUIDATING TRUST, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Adv. Proc. No. 25-_____ (CML) |
| | § | |
| EZ FREIGHTERS, LLC; SEVEN STAR | § | |
| EXPRESS INC.; PB07 LOGISTICS | § | |
| CORP.; BAJ TRUCKING INC.; GOD | § | |
| GRACE LOGISTICS INC.; WADSON | § | |
| TRANS LLC; GREEN AMERICA | § | |
| TRUCKING INC.; LGL INC.; JET | § | |
| EXPRESS, LLC; and SS FREIGHT | § | |
| CARGO INC., | § | |
| | § | |
| Defendants. | § | |
| | § | |

**COMPLAINT**

The KAL GUC Liquidating Trust (the "Liquidating Trust" or "Plaintiff") hereby files this Complaint (this "Complaint") against the above-named defendants (each a "Defendant," and collectively, "Defendants") and, based upon knowledge of its own acts and otherwise upon information and belief, alleges as follows:

# I.
## PRELIMINARY STATEMENT[1]

1.      The Debtors were wholly owned by Kalvinder ("Kal") Singh and were controlled by Kal and his brother, Sukhvinder ("MP") Singh (collectively, the "Singhs").  The Singhs are widely accused of having wrongfully taken millions of dollars of cash and assets from the Debtors for their own personal use and benefit.[2]  The merit of these allegations grew more undeniable as the Debtors' bankruptcy cases progressed, perhaps most memorably by the unveiling of a previously undisclosed Rolls Royce Phantom near the end of the case, which was sold at the Confirmation Hearing to fund the final days of the Wind-Down.

2.      On information and belief, the Defendants were complicit in various schemes implemented by the Singhs to siphon assets from the Debtors. One such scheme involved the Singhs recruiting their friends and relatives to use the Debtors' fuel cards to make purchases for their own businesses, unrelated to the Debtors, and having the Debtors foot the bill for the charges. The Singhs would then collect reimbursement for the charges and keep the funds for themselves, instead of making the Debtors whole.  Another scheme involved hiring these same types of "friendly entities" as vendors to haul loads or provide other services for the Debtors.  The Singhs would have the Debtors overpay these vendors for work performed (or in some cases, pay them for performing no work at all), with the understanding that those vendors would cycle the funds, in whole or in part, back to the Singhs.  On information and belief, this latter scheme contributed

---

[1] Capitalized terms that are not defined in this Preliminary Statement either (i) are defined below in this Complaint or (ii) have the meanings provided in the Plan (as defined herein).

[2] The outcome of these chapter 11 cases shows that those accusations have merit.  The Debtors' top three secured lenders—TBK Bank, SSB ("TBK"), Daimler Truck Financial Services USA, LLC's ("Daimler"), and Banc of America Leasing & Capital, LLC ("BOA")—to whom the Debtors owed more than $230 million, recovered only 41% of their rolling stock collateral in these cases.  In other words, the Debtors were only able to account for 1,574 of the 3,795 total trucks and trailers financed by these lenders.  The rest of the units were re-pledged to other lenders, sold, or otherwise disposed of without the lenders' knowledge or consent.  At the behest of the Singhs, these and numerous of the Debtors' other lenders lost tens of millions of dollars (if not more) of their collateral.

11680495 v4 (75329.00002.000)

to the Debtors' Carrier Pay expense being nearly twice the amount budgeted during the Wind-Down period.

3.      Carrier Pay was so overbudget during the Wind-Down period that it posed a real threat to the Debtors' ability to confirm the Plan.[3]  The Debtors budgeted $6.1 million for Carrier Pay during the Wind-Down period, and their actual Carrier Pay expense was over $12.8 million for that period (more than double the budgeted amount).  This obviously had significant negative consequences for the Liquidating Trust and creditors.  To cover the deficit and get to Confirmation, (i) the Debtors had to use the $3.5 million of proceeds from the TRIP Settlement, which was supposed to fund the Liquidating Trust,[4] and (ii) the Debtors were unable to pay nearly $4 million of Administrative Claims that were included in the Wind-Down Budget and were supposed to be paid by the Debtors before the Plan Effective Date.[5]  The Debtors also sold numerous assets in the final weeks of the case, which generated an additional $1.2 million for the estates.[6]

4.      The Defendants each seek allowance of an Administrative Claim for Carrier Pay, most of which is allegedly owed from the Wind-Down period.  On information and belief, the Debtors paid over $6 million to the Defendants throughout the bankruptcy cases, and over a quarter

---

[3] Carrier Pay may have in fact caused the Wind-Down to fail, but for the Debtors' uncanny ability to continue finding new unencumbered assets to sell, such as the Rolls Royce, when cash began to run low.  The Debtors filed their Emergency Motion to sell the Rolls Royce [Case No. 24-90614, ECF #939] on April 8, 2025, two days before the Confirmation Hearing on April 10, 2025, which was heard and approved at the time of the Confirmation Hearing [Case No. 24-90614, ECF #987].  The Rolls Royce was unencumbered and netted $500,000 to the estates.  The Rolls Royce was sold to an insider of the Debtors, the principal The following week, on April 16, 2025, the Debtors filed an Emergency Motion to sell 31 trailers and 5 trucks for $696,000 [Case No. 24-90614, ECF #1010], all of which was unencumbered except for 3 trailers subject to TBK's liens.  The sale was approved on April 17, 2025, which netted $666,000 to the estates [Case No. 24-90614, ECF #1019], and the Plan became effective the following day, April 18, 2025 [Case No. 24-90614, ECF #1025].  Prior to these sales, the Debtors also sold 39 dry van trailers for $526,500 [*see* Case No. 24-90614, ECF #884 (Order entered April 2, 2025), ECF #843 (Emergency Motion filed March 26, 2025)], which, after satisfying the liens of M&T Capital, generated over $100,000 for the estates.

[4] *See Plan* at 13 ("'Liquidating Trust Assets' means … (iii) the $3.5 million of settlement proceeds received under the TRIP Settlement Order…"); *see also* TRIP Settlement Order [Case No. 24-90614, ECF #639].

[5] *See* **Exs. D and E** (Liquidating Trust Cash Analyses as of April 9, 2026, and April 16, 2025).

[6] *See* note 3, *supra*.

11680495 v4 (75329.00002.000)

of all Carrier Pay disbursements during the Wind-Down were paid to the Defendants, who were paid at least $3.5 million during the Wind-Down.

5.      For the reasons stated herein, the Defendants' claims must be subordinated to the claims of all unsecured creditors in these cases.

## II.
## NATURE OF ACTION

6.      This adversary proceeding is commenced pursuant to Rule 7001(h) of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>") and sections 105, 502, and 510 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>").  This proceeding seeks to (i) subordinate and disallow claims of the Defendants and (ii) obtain related relief against the Defendants.

## III.
## JURISDICTION AND VENUE

7.      The United States Bankruptcy Court for the Southern District of Texas (the "<u>Court</u>") has subject matter jurisdiction over this adversary proceeding pursuant to 28 U.S.C. §§ 157 and 1334.  This is a "core" proceeding pursuant to 28 U.S.C. § 157(b), and the Court may enter final orders and judgments on all matters in this proceeding.

8.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409.

9.      Plaintiff, the Liquidating Trust, consents to the Court's entry of final orders and judgments in this proceeding.

## IV.
## PARTIES

A.      <u>Plaintiff</u>

10.     Plaintiff, the Liquidating Trust, is the Debtors' successor with respect to the claims and causes of action asserted in this Complaint.  The Liquidating Trust was created pursuant to the *Modified Fourth Amended and Restated Combined Disclosure Statement and Plan of Liquidation*

*of Kal Freight Inc. and Its Affiliated Debtors Under Chapter 11 of the Bankruptcy Code* [Case No. 24-90614, ECF #1023, Ex. A] (together with all exhibits, supplements, and schedules thereto, the "Plan"),[7] as confirmed by this Court's Order dated April 17, 2025 [Case No. 24-90614, ECF #1023] (the "Confirmation Order"), and the *KAL GUC Liquidating Trust Agreement* [Case No. 24-90614, ECF #1037-1] (the "Liquidating Trust Agreement").   The Confirmation Hearing was conducted on April 10, 2025, and the Plan became effective on April 18, 2025 (the "Effective Date") [Case No. 24-90614, ECF #1025].

11.     The Plan and Confirmation Order provide for all the Debtors' available assets to vest in the Liquidating Trust as of the Effective Date.   All Litigation and Causes of Action held by the Debtors and/or their Estates vested in the Liquidating Trust on the Effective Date, including the Causes of Action asserted in this Complaint, and the Liquidating Trust has standing and authority under the Plan to pursue, prosecute, abandon, settle or compromise all such Causes of Action for the benefit of the Debtors' creditors, as beneficiaries of the Liquidating Trust.   *See Plan* at 59–62 and 67, §§ XV.B, XIV.D and XIV.F.   The Plan expressly preserves Causes of Action against Defendants, and this Court retained post-confirmation jurisdiction to hear and determine such Causes of Action.   *See id.* at 59–62 and 72–74, §§ XVI.F–G, XVIII; *see also id.*, Ex. D (Schedule of Retained Causes of Action).

**B.      Defendants**

**i)   EZ Freighters, LLC**

12.     Defendant EZ Freighters, LLC ("EZ Freighters") is a limited liability company organized under the laws of the State of California.   EZ Freighters may be served with process through its registered agent, Hardeep Narain, 12221 Alamo Dr, Rancho Cucamonga, CA 91739.

---

[7] Capitalized terms that are not otherwise defined in this Complaint have the meanings provided in the Plan.

11680495 v4 (75329.00002.000)

13.     EZ Freighters filed an Administrative Claim for Carrier Pay (defined herein) in the amount of $16,335 [Case No. 24-90614, ECF #1104].

14.     On information and belief, based on the Debtors' books and records, the Debtors made post-petition payments to EZ Freighters totaling at least $58,400.

### ii)   Seven Star Express Inc.

15.     Defendant Seven Star Express Inc. ("Seven Star Express") is a corporation organized under the laws of the State of California.  Seven Star Express may be served with process through its registered agent, Amir Singh, 16242 Agave Ave, Fontana, CA 92336.

16.     Seven Star Express filed an Administrative Claim for Carrier Pay in the amount of $77,000 [Case No. 24-90614, ECF #1105].  Seven Star Express also filed Proof of Claim No. 219 [Case No. 24-90614] as a priority claim in the amount of $4,050.00.

17.     On information and belief, based on the Debtors' books and records, the Debtors made post-petition payments to Seven Star Express totaling at least $1.338 million.

### iii)   PB07 Logistics Corp.

18.     Defendant PB07 Logistics Corp. ("PB07 Logistics") is a corporation organized under the laws of the State of California.  PB07 Logistics may be served with process through its registered agent, Ravinder Pal Singh, 6869 Tourmaline Dr, Corona, CA 92880.

19.     PB07 Logistics filed an Administrative Claim for Carrier Pay in the amount of $35,799 [Case No. 24-90614, ECF #1106].

20.     On information and belief, based on the Debtors' books and records, the Debtors made post-petition payments to PB07 Logistics totaling at least $178,000.

11680495 v4 (75329.00002.000)

### iv) Baj Trucking Inc.

21.     Defendant Baj Trucking Inc. ("Baj Trucking") is a corporation organized under the laws of the State of California.  Baj Trucking may be served with process through its registered agent, Gurbaj Singh, 2565 E Date Palm Paseo Apt 1073, Ontario, CA 91764.

22.     Baj Trucking filed an Administrative Claim for Carrier Pay in the amount of $49,927 [Case No. 24-90614, ECF #1107].  Baj Trucking also filed Proof of Claim No. 207 [Case No. 24-90614] as a priority claim in the amount of $11,279.00.

23.     On information and belief, based on the Debtors' books and records, the Debtors made post-petition payments to Baj Trucking totaling at least $87,500.

### v) God Grace Logistics Inc.

24.     Defendant God Grace Logistics Inc. ("God Grace Logistics") is a corporation organized under the laws of the State of California.  God Grace Logistics may be served with process through its registered agent, Paras Dhawan, 8032 Country Mile Lane, Riverside, CA 92507.

25.     God Grace Logistics filed an Administrative Claim for Carrier Pay in the amount of $35,490 [Case No. 24-90614, ECF #1108].  God Grace Logistics also filed Proof of Claim No. 86 [Case No. 24-90614] as a priority claim in the amount of $35,490.00.

26.     On information and belief, based on the Debtors' books and records, the Debtors made post-petition payments to God Grace Logistics totaling at least $297,900.

### vi) Wadson Trans LLC

27.     Defendant Wadson Trans LLC ("Wadson Trans") is a limited liability company organized under the laws of the State of California.  Wadson Trans may be served with process through its registered agent, Ranvinder Singh, 6215 Ruby Lake Ave, San Diego, CA 92119.

28.     Wadson Trans filed an Administrative Claim for Carrier Pay in the amount of $38,288 [Case No. 24-90614, ECF #1109].

29.     On information and belief, based on the Debtors' books and records, the Debtors made post-petition payments to Wadson Trans totaling at least $674,700.

30.     Wadson Trans is one of three "Donors" that funded a $2.5 million payment to the Big Rig Receiver (as defined below) for the Debtors less than two weeks before the Petition Date. On or about November 25, 2024, the Debtors and the Big Rig Receiver entered into an Amended and Restated Plan Support Agreement (the "Plan Support Agreement") whereby, among other things, (i) Wadson Trans and the other Donors funded a $2.5 million payment to the Big Rig Receiver (the "Donor Payment") on the Debtors' behalf, and ostensibly for the Debtors' benefit, and (ii) the Debtors' conveyed multiple real properties in Houston, Texas to Big Rig's receivership estate prior to the Petition Date.[8]   None of the Donors was a party to the Big Rig Plan Support Agreement, and none of the Donors is a Debtor.

31.     Wadson Trans funded at least $1.1 million of the $2.5 million Donor Payment under the Big Rig Plan Support Agreement.  Another Defendant, Green America Trucking Inc., funded $200,000 of Donor Payment, and an entity called Bright Star Trucking Inc. funded $1.2 million of the Donor Payment.

### vii)   Green America Trucking Inc.

32.     Defendant Green America Trucking Inc. ("Green America") is a corporation organized under the laws of the State of California.  Green America may be served with process

---

[8] The Liquidating Trust asserted claims against the Big Rig estates in connection with this Plan Support Agreement, which have been resolved pursuant to a Settlement Agreement dated July 28, 2025, between the Liquidating Trust and the Big Rig Receiver.  On September 19, 2025, the Court entered an Order approving the Settlement Agreement under Bankruptcy Rule 9019 [Case No. 24-90615, ECF #109].

11680495 v4 (75329.00002.000)

through its registered agent, Ajit S Johal, 8300 Utica Ave Ste # 283, Rancho Cucamonga, CA 91730.

33.     Green America filed an Administrative Claim for Carrier Pay in the amount of $174,770 [Case No. 24-90614, ECF #1110].  Green America also filed Proof of Claim No. 206 [Case No. 24-90614] as a priority claim in the amount of $5,477.00.

34.     On information and belief, based on the Debtors' books and records, the Debtors made post-petition payments to Green America totaling at least $2.64 million.

35.     Green America funded $200,000 of the $2.5 million Donor Payment under the Big Rig Plan Support Agreement.

### viii) LGL Inc.

36.     Defendant LGL Inc. ("LGL") is a corporation organized under the laws of the State of California.  LGL may be served with process through its registered agent, Gursewak Singh Brar, 376 Quail Ridge, Irvine, CA 92603.

37.     LGL filed an Administrative Claim for Carrier Pay in the amount of $18,150 [Case No. 24-90614, ECF #1111].  LGL also filed Proof of Claim No. 114 [Case No. 24-90614] as a priority claim in the amount of $5,470.00.

38.     On information and belief, based on the Debtors' books and records, the Debtors made post-petition payments to LGL totaling at least $737,800.

39.     LGL bought hundreds of the Debtors' trailers in the days before the Confirmation Hearing.  LGL paid $526,500 for 39 dry van trailers pursuant to the Court's Order dated April 2, 2025 [Case No. 24-90614, ECF #884], and LGL paid $4,232,000 for another 194 dry van trailers pursuant to the Court's Order dated April 10, 2025 [Case No. 24-90614, ECF #988].

11680495 v4 (75329.00002.000)

### ix)   Jet Express, LLC

40.     Defendant Jet Express, LLC ("Jet Express") is a limited liability company organized under the laws of the State of California.  Jet Express may be served with process through its registered agent, Gurjeet Singh Badwal, 31025 Avenida Juarez, Cathedral City, CA 92234.

41.     Jet Express filed an Administrative Claim for Carrier Pay in the amount of $28,069 [Case No. 24-90614, ECF #1112].  Jet Express also filed Proof of Claim No. 218 [Case No. 24-90614] as a priority claim in the amount of $20,030.00.

42.     On information and belief, based on the Debtors' books and records, the Debtors made post-petition payments to Jet Express totaling at least $160,800.

### x)   SS Freight Cargo Inc.

43.     Defendant SS Freight Cargo Inc. ("SS Freight Cargo") is a corporation organized under the laws of the State of California.  SS Freight Cargo may be served with process through its registered agent, Sukhwinder Singh, 2082 Basin Ln, Manteca, CA 95337.

44.     SS Freight Cargo filed an Administrative Claim for Carrier Pay in the amount of $30,834 [Case No. 24-90614, ECF #1113].  SS Freight Cargo also filed Proof of Claim No. 224 [Case No. 24-90614] as a priority claim in the amount of $12,536.00.

45.     On information and belief, based on the Debtors' books and records, the Debtors made post-petition payments to SS Freight Cargo totaling at least $30,600.00.

### V.
### FACTUAL BACKGROUND

**A.     Debtors' Background and Business History**

46.     On December 5, 2024 (the "Petition Date"), Kal Freight Inc. and its debtor affiliates (each a "Debtor," and collectively, the "Debtors") filed voluntary petitions for relief in this Court

under Chapter 11 of the Bankruptcy Code.  The Debtors include: (a) Kal Freight Inc., a Texas corporation ("Kal Freight"); (b) Kal Trailers & Leasing Inc., a California corporation ("Kal Trailers"); (c) Kal Partz Inc., a California corporation ("Kal Partz"); (d) KVL Tires Inc., a California corporation ("KVL Tires"); and (e) Kal Aviation LLC, a Delaware limited liability company ("Kal Aviation").

47.     Kal Freight was a transportation and logistics services company, including leasing, trailer and truck parts distribution.  Kal Freight maintained facilities in Arlington, Texas and operated truck terminals across the United States, including at 10156 Live Oak Avenue, Fontana, California.  Kal Trailers was a distributor and retailer of major brand heavy-goods vehicles that were leased to independent owner-operators and small trucking companies.  Kal Trailers conducted operations throughout the United States and was headquartered at 10156 Live Oak Avenue, Fontana, California.  Kal Partz was a vehicle parts seller with its principal address at 10156 Live Oak Ave. in Fontana, California.  KVL Tires was a tire retail company with its principal address at 10156 Live Oak Ave. in Fontana, California.  Kal Aviation had no assets or operations.  *See Declaration of Bradley D. Sharp in Support of Debtors' Chapter 11 Petitions and First Day Relief* [Case No. 24-bk-90614, ECF #5] (the "Sharp Declaration"), ¶ 17.

48.     Each Debtor was wholly owned by Kal Singh and was controlled by Kal Singh and his brother, MP Singh.  *Id*.

49.     Kal Freight was founded in 2014 and was headquartered in the Inland Empire of Southern California.  *Id*. at ¶ 9.  In or about 2020, the Singhs partnered with Sikander Randhawa and Dharminder Randhawa (collectively, the "Randhawas") and formed Kal Trailers, Kal Partz, and Kal Tires as additional business lines to Kal Freight's existing operations.  *See id*.

11680495 v4 (75329.00002.000)

50.     In 2021, the Singhs expanded their trucking and leasing business internationally by forming three Canadian corporations: Big Rig Trailers & Leasing, Inc. ("Big Rig Trailers"); Big Rig Tires & Services Inc. ("Big Rig Tires"); and Big Rig Partz Inc. ("Big Rig Partz") (collectively, the "Big Rig Entities" or "Big Rig").  Like the Debtors, each of the Big Rig Entities was also owned by Kal Singh and was operated by Kal and MP Singh.  *Id.* at ¶ 22.

**B.     Allegations of Fraud and Malfeasance**

51.     Following the COVID-19 outbreak, the Debtors invested heavily in the acquisition of trucks and trailers to meet pandemic-related demand.  *Id.* at ¶ 9.  The Debtors took delivery of millions of dollars' worth of trucks, trailers and equipment and entered into financing facilities with at least nineteen (19) different lenders that obligated the Debtors to liabilities of more than $260,000,000.[9]  *Id.*  The Debtors' acquisition of these assets, however, was surrounded by claims of malfeasance and fraud.  As the Debtors' Chief Restructuring Officer, Mr. Bradley Sharp, stated at the outset of these bankruptcy cases:

> *[T]he Debtors have been the subject of various allegations of malfeasance, including that certain of the Debtors' personnel improperly moved trucks and trailers from the United States to Canada, improperly titled vehicles, and engaged in inappropriate accounting practices.* These allegations, some of which were made public in a pending lawsuit, along with the Debtors' financial difficulties and payment defaults, have caused certain of the Prepetition Secured Parties to take legal action against the Debtors, including noticing defaults, and initiating foreclosure proceedings.

*Sharp Decl.*, ¶ 10. (emphasis added).  Mr. Sharp further stated that he had been made aware that "***more than one Prepetition Secured Party may claim a security interest in certain vehicles***."  *Id.* at ¶ 42 (emphasis added).

---

[9] Including real property financing and factoring agreements, the Debtors had roughly $325 million of outstanding funded indebtedness owed to approximately 23 different lenders as of the Petition Date.  *Sharp Decl.*, ¶ 27.

11680495 v4 (75329.00002.000)

52.     Numerous lenders accused the Debtors of, among other things, pledging the same assets to multiple lenders, misappropriating funds for personal or non-business use, converting or defacing collateral, and granting security interests in collateral that never existed.[10]  Manufacturers who sold and delivered trailers to the Debtors also went unpaid, despite continued promises by the Debtors to pay such debts in full.  Vanguard and CIMC, for example, delivered more than $24 million of trailers to the Debtors for which payment was never received.[11]  Similarly, material vendors and suppliers of the Debtors who delivered product were not being paid in the regular course of business.  The Debtors also failed to file state and federal tax returns for the 2023 and 2024 tax years and were more than $10 million delinquent on payments owed to taxing authorities for the 2021 and 2022 tax years.

53.     The Singhs are alleged to have perpetrated similar schemes and wrongdoings with the Big Rig Entities in Canada.  In June 2024, upon application by Royal Bank of Canada ("RBC"), Big Rig's primary secured creditor, the Supreme Court of British Columbia appointed Grant Thorton Limited as receiver for the Big Rig Entities ("GTL" or the "Big Rig Receiver").  *See Royal Bank of Canada v. Big Rig Trailers & Leasing Inc.*, Case No. S244137, Supreme Court of British

---

[10] *See, e.g.,* Daimler's *Joinder to Debtors' Emergency Motion for Entry of Order (I) Ratifying the Appointment of Independent Directors Effective as of the Petition Date; and (II) Authorizing the Payment of Director for Fees* [Case No. 24-bk-90615, ECF #96], ¶ 2 (stating that Daimler loaned the Debtors approximately $16.878 million to buy 164 trailers from Vanguard, that the Debtors never paid Vanguard and never took delivery of the trailers, but that "the Debtors somehow fraudulently delivered Daimler certificates of title to these trailers"); *id.* (stating that 366 trailers serving as Daimler's collateral were transferred to Big Rig Trailers and sold, leased, or pledged to third parties in Canada); *id.* (stating that Kal Freight transferred Daimler's collateral to Kal Trailers, which then wrongfully sold the units to third parties free and clear of Daimler's liens); *see also Mitsubishi HC Capital Canada Inc.'s, Truist Equipment Finance Corp.'s, and Fifth Third Bank, N.A.'s Motion, Pursuant to Bankruptcy Code Sections 105(a), 1104(c), 1106(b), and 1107(a) and Federal Rule of Bankruptcy Procedure 2007, for Entry of an Order Appointing an Examiner with Duties to Prosecute* [Case No. 24-bk-90615, ECF #338], ¶ 21 (stating that Kal Freight granted Mitsubishi liens in 299 trucks and trailers that never existed and accusing the Debtors of fraudulent inducement).

[11] *See* Vanguard National Trailer Corporation's ("Vanguard") and CIMC Reefer Trailer, Inc.'s ("CIMC") *First Amended Adversary Complaint for Declaratory Judgment, Conversion, Trespass to Chattels, Claim and Delivery, Statutory Theft, Common Law Fraud, Aiding and Abetting Conversion, Aiding and Abetting Trespass to Chattels, Aiding and Abetting Statutory Theft, Aiding and Abetting Common Law Fraud and Breach of Contract* [Case No. 25-ap-03030, ECF #7], ¶¶ 2–4, 43.

Columbia (Vancouver Registry) (the "Canadian Proceeding").  Prior to being appointed receiver, GTL was retained as RBC's financial advisor in connection with Big Rig.  *GTL Decl.*, ¶ 19–20.  GTL is also the foreign representative of Big Rig Trailers in a chapter 15 proceeding in the Central District of California.  *See In re Big Rig Trailers & Leasing Inc.*, No. 24-bk-15309-WJ (Bankr. C.D. Cal. Sept. 9, 2024) (the "Chapter 15 Proceeding").  On September 19, 2024, GTL filed the *Declaration of Mark Wentzell in Support of: (A) Verified Petition for: (i) Recognition of Foreign Main Proceeding, (ii) Recognition of Foreign Representative, and (iii) Related Relief under Chapter 15 of the Bankruptcy Code and (B) Provisional Relief* dated September 19, 2024 [No. 24-bk-15309-WJ, ECF #7] (the "GTL Declaration") in support of the chapter 15 petition.

54.     GTL found that, at the behest of the Singhs, Big Rig was engaged in extensive illicit activities and malfeasance, similar to and in conjunction with the Kal Debtors.  The GTL Declaration states, among other things, that:

- Big Rig was controlled by the Singhs and an individual named Deepanshu Agarwal. *GTL Decl.*, ¶ 17.  The Singhs interfered with GTL's investigation and sought to preclude GTL from taking possession of Big Rig's assets.  *Id*. at ¶ 28–31.  The Singhs and other insiders were uncooperative and noncompliant to the point that GTL had to pursue contempt of court proceedings.  *Id*. at ¶ 10.

- GTL believes the Singhs "relocated millions of dollars of [Big Rig]'s assets throughout Canada and to the United States." *Id*. at ¶ 10.  Much of RBC's collateral was missing, hidden, sold, or relocated to unknown locations.  *Id*. at ¶ 19–22.

- Big Rig forged and swapped VIN plates on trailers, among other things, in an effort to conceal its misappropriation of lenders' collateral.  *Id*. at ¶¶ 23-25, 30, 31, 45.

- The Singhs transferred over $3.1 million from Big Rig to the Kal Debtors and SPG Transportation, Inc. ("SPG"),[12] including over $2 million to the Kal Debtors, in the weeks leading up to GTL's appointment as receiver.  *Id*. at ¶ 29.

---

[12] SPG is an entity owned by the Singhs' father that worked closely with the Debtors.  *Sharp Decl.*, ¶ 20.

55.     On or about September 11, 2024, the Randhawas filed suit against the Singhs in the Superior Court of California, County of San Bernardino, alleging that, among other things, the Singhs and Debtors were engaged in unlawful business practices, that the Debtors' financial records contained false financial statements, and that a multitude of bad acts committed by the Debtors was destroying the Debtors' business.  *See Randhawa v. Singh*, Case No. 2400862 (Cal. Supp., San Bernadino [Rancho Cucamonga Dist.] Sept. 11, 2024), *Complaint for: 1. Fraud by Misrepresentation; 2. Fraud by Concealment; 3. Breach of Fiduciary Duties; 4. Derivative Claim of Fraud by Misrepresentation; 5. Derivative Claim of Fraud by Concealment; 6. Derivative Claim of Breach of Fiduciary Duty; 7. Breach of  Contract; 8. Unlawful Business Practices; 9. Conversion; 10. Involuntary Dissolution; 11. Accounting; 12. Receivership* [ECF #1] (the "Randhawa Complaint").

## C.     Defendants Aided and Facilitated the Singhs' Illicit Schemes

### i)   Fuel Card Scheme

56.     The Debtors had fuel cards with various providers (collectively, "Fuel Providers"), such as Pilot Travel Centers, for example, to purchase fuel and related items on credit.  The Fuel Providers billed the Debtors periodically for charges to these fuel cards.

57.     On information and belief, the Singhs used the Debtors' fuel cards as part of a scheme to divest funds from the Debtors (the "Fuel Card Scheme").  The Singhs caused a portion of the Debtors' fuel cards to be given to Friendly Vendors (as defined below) and other entities that were not affiliated with the Debtors.  These non-debtor entities would use the cards to make purchases for their own businesses, unrelated to the Debtors' business operations, and the Debtors would pay for the charges they incurred.  The Debtors would not be made whole, however, because these entities would remit payment for their charges to the Singhs instead of the Debtors, knowing that the Singhs would keep the money for themselves instead of remitting it to the Debtors.  In

other words, the Debtors were paying for expenses that they did not incur, for which they received no benefit, and money that should have been used to reimburse the Debtors was instead paid to and retained by the Singhs.

58.     On information and belief, the Singhs divested millions of dollars from the Debtors by way of this Fuel Card Scheme, including after the Petition Date, and the Singhs' personal funding contributions to the Debtors throughout these bankruptcy cases were funded (in whole or in part) by the Fuel Card Scheme.  *See* **Ex. A** ("Personal Funding and/or Real Estate Sales" of $4,550,000); **Ex. C** ("Principal Contribution" totaling $2,400,000).

59.     The Defendants were complicit in the Fuel Card Scheme.  The Defendants used the Debtors' fuel cards to make purchases and incur charges that were wholly unrelated to the Debtors' business, which Defendants knew would be billed to and paid by the Debtors, and instead of paying reimbursement to the Debtors, the Defendants directly or indirectly made such payments to the Singhs.  The Defendants knew that the funds they paid to the Singhs would not be remitted to the Debtors and that the Debtors would otherwise not be made whole.

60.     On information and belief, Pilot Travel Centers issued at least 1500 fuel cards to the Debtors, one-third or more of which were given to and used by non-debtor entities as part of the Fuel Card Scheme.

61.     According to the Debtors' Statements of Financial Affairs ("SOFA") [Case No. 24-90614, ECF Nos. 470–474], the Debtors paid over $17 million to Pilot Travel Centers during the 90 days preceding the Petition Date.  On information and belief, a significant portion of these payments were for charges incurred by the Defendants for which the Debtors were not reimbursed or otherwise made whole, and for which the Singhs personally retained funds as part of the Fuel Card Scheme.

11680495 v4 (75329.00002.000)

62.     The Debtors' total fuel expense throughout these bankruptcy cases exceeded $14.2 million.  **Ex. A** (Variance Report dated February 28, 2025); **Ex. C** (Wind-Down Budget Reconciliation through April 11, 2025).  On information and belief, a significant portion of these payments were for charges incurred by the Defendants for which the Debtors were not reimbursed, and for which the Singhs personally retained funds as part of the Fuel Card Scheme.

### ii)  Vendor Overpayment Scheme

63.     Another scheme the Singhs used to divest funds from the Debtors involved hiring companies that are owned or controlled by friends or relatives of the Singhs ("Friendly Vendors"), including the Defendants, to provide services for the Debtors.  The Debtors would pay these Friendly Vendors more than the fair value of their services, or, in some cases, for services that were not performed at all, and the Friendly Vendors would in turn remit the excess payments to the Singhs (the "Vendor Overpayment Scheme").

64.     On information and belief, the Defendants were complicit and directly involved in the Vendor Overpayment Scheme, including after the Petition Date, and the Defendants received payments from the Debtors for work that was either not performed, or for which the Debtors did not receive reasonably equivalent in exchange for the payments.

65.     On information and belief, the Vendor Overpayment Scheme contributed to Carrier Pay being over-budget during the Wind-Down period, as further detailed below.

### D.     Debtors' Wind-Down: Carrier Pay Inexplicably Over Budget

66.     In or around the first week of March 2025, the Debtors reached an agreement with the Committee and their primary secured lenders for a global resolution of these bankruptcy cases. The agreement provided for the certain lenders (referenced as "Participating Lenders") to fund the Debtors' wind-down (the "Wind-Down") and established an orderly process for the Debtors' to surrender collateral back to the lenders.  On March 7, 2025, the Debtors filed an Emergency Motion

for approval of the settlement agreement [Case No. 24-90614, ECF #691]. On March 12, 2025, following a hearing, the Court entered an Order approving the agreement under Bankruptcy Rule 9019 [Case No. 24-90614, ECF #770].

67.     The Debtors prepared a budget for the Wind-Down (the "<u>Wind-Down Budget</u>")[13] setting forth their financial projections for the six-week period ending April 11, 2025, when the Debtors originally anticipated the Wind-Down would be complete and the Plan would become effective. The largest operating expense in the Wind-Down Budget was a line item called Carrier Pay, which is a component of Cost of Sales. The Debtors purportedly utilized third party companies and independent contractors as a routine part of their trucking business, and the amounts paid to these third parties is known as "<u>Carrier Pay</u>" (hereinafter so called). Each Defendant claims it is owed Carrier Pay from the Wind-Down period.

68.     For the first eleven weeks of the case, from the Petition Date through February 21, 2025, the Debtors budgeted a total Carrier Pay expense of $13,543,042, which is roughly $1.23 million per week. Actual Carrier Pay incurred by the Debtors during that 11-week period totaled $14,427,589, which is a variance of approximately 7%. **Ex. A** (Variance Report dated February 28, 2025). The Debtors' total Cost of Sales over those eleven weeks was 2% lower than budgeted. *Id*. In other words, prior to the Wind-Down, the Debtors' Carrier Pay expense and aggregate Cost of Sales were consistent and accurately budgeted.

69.     In sharp contrast, Carrier Pay during the Wind-Down period was unpredictable and drastically overbudget. The following chart shows the disparity between forecasted and actual Carrier Pay during prior to the Wind-Down period and during the Wind-Down period:

---

[13] The original Wind-Down Budget [Case No. 24-90614, ECF #769-1] is attached hereto as **Exhibit B**.

11680495 v4 (75329.00002.000)



70.    The Debtors budgeted $6,113,000 for Carrier Pay during the Wind-Down, **Ex. B** (Original Wind-Down Budget), which is on the par with the weekly budgeted amounts leading up to the Wind-Down.  Remarkably, however, from the beginning of the Wind-Down period through the Effective Date, the Debtors spent ***over $12.8 million*** on Carrier Pay, **Ex. C** (Wind-Down Budget Reconciliation), which is ***110%*** higher than projected.  On top of that, more than $1 million of Administrative Claims have been filed by parties claiming they are still owed for Carrier Pay from the Wind-Down period.  The Debtors were supposed to pay all Carrier Pay obligations in full through the Effective Date, but somehow, even after paying more than double the amount budgeted, a significant number of drivers still claim to be owed for Carrier Pay.

71.    Issues with Carrier got progressively worse throughout the Wind-Down.  The following table shows the forecasted vs. actual Carrier Pay during the Wind-Down period:

| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
|------|---|---|---|---|---|---|---|---|
| Week Ending | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 | 4/18 | TOTAL |
| **Carrier Pay** *in thousands ($$$)* | | | | | | | | |
| Forecast | $1,500 | $1,487 | $1,199 | $1,022 | $905 | $0 | $0 | $6,113 |
| Actual | $1,866 | $2,050 | $2,038 | $1,847 | $1,893 | $1,904 | $1,250 | $12,848 |
| Difference | $366 | $563 | $839 | $825 | $988 | $1,904 | $1,250 | $6,735 |

72.     The first week of the Wind-Down, Carrier Pay was over-budget $366,000; then the next week it was over-budget $563,000; then it was over-budget $839,000; etc.  By the time of the Confirmation Hearing, it was revealed that the Debtors would have to use the $3.5 million of TRIP Settlement proceeds—all of which was supposed to be paid to the Liquidating Trust—for unpaid Carrier Pay obligations, and that an additional $1.25 million of Carrier Pay would be incurred the following week before the Plan Effective Date.[14]

73.     On information and belief, the Vendor Overpayment Scheme is a significant reason that Carrier Pay was over-budget during the Wind-Down.

**E.     Claims Asserted by Defendants**

74.     Each Defendant filed a *Motion for Allowance and Payment of Administrative Expense Pursuant to 11 U.S.C. § 503(a)* [Case No. 24-90614, ECF Nos. 1104–1113] (the "Administrative Claim Motions") seeking allowance and payment of an administrative expense claim under section 503(b) of the Bankruptcy Code (an "Administrative Claim") for post-petition Carrier Pay as follows:

---

[14] *See, e.g.*, Hr'g Tr. Apr. 10, 2025 [Case No. 24-90614, ECF #1008], 152:2–6 ("[MR. COLEMAN (Committee Counsel)]: … [Y]esterday, we had our weekly standing call with the Debtor, went through the budget, and we found out, among other things, the carrier pay line item was way through the roof. We found out, instead of being close to even, there's a $2.7 million shortfall in the cash."); *see also* Hr'g Tr. Apr. 17, 2025 [Case No. 24-90614, ECF #1029], 8:21–9:13 ("[MR. PACHULSKI (Debtors' Counsel)]: … [I]f you remember, Mr. Coleman had said he expected to get $3.5 million… . But what became extremely clear post, post-confirmation was that was not realistic because you had to use that money to pay admins… . So I went to Mr. Coleman and said, look, you're not going to get 3.5 million. It's going to be substantially less… ."); *id*. 11:25–12:3 ("[MR. COLEMAN (Committee Counsel)] … What has happened is the TRIP settlement 3.5 million that we thought we had, that's more like Mr. Pachulski calls it a 1.3 million, 1.5 million; we have 1.2 million.").

**Defendants' Administrative Claim Motions**

| Claimant | Motion ECF No. | Amount |
|---|---|---|
| EZ Freighters, LLC | ECF #1104 | $16,335.00 |
| Seven Star Express Inc. | ECF #1105 | $77,000.00 |
| PB07 Logistics Corp. | ECF #1106 | $35,799.00 |
| Baj Trucking Inc. | ECF #1107 | $49,927.50 |
| God Grace Logistics Inc. | ECF #1108 | $35,490.00 |
| Wadson Trans LLC | ECF #1109 | $38,288.00 |
| Green America Trucking Inc. | ECF #1110 | $174,770.50 |
| LGL Inc. | ECF #1111 | $18,150.00 |
| Jet Express LLC | ECF #1112 | $28,069.00 |
| SS Freight Cargo Inc. | ECF #1113 | $30,834.50 |
| **Total Administrative Claims Requested:** | | **$504,663.50** |

75.     The Defendants also filed the following Proofs of Claim (the "Proofs of Claim"),
all of which are filed on the Court's Claims Register in Case No. 24-90614 (CML):

**Defendants' Proofs of Claim**

| Claimant | Proof of Claim No. | Amount |
|---|---|---|
| EZ Freighters, LLC | N/A | N/A |
| Seven Star Express Inc. | POC #219 | $4,050.00 |
| PB07 Logistics Corp. | N/A | N/A |
| Baj Trucking Inc. | POC #207 | $11,279.00 |
| God Grace Logistics Inc. | POC #86 | $35,490.00 |
| Wadson Trans LLC | N/A | N/A |
| Green America Trucking Inc. | POC #206 | $5,477.00 |
| LGL Inc. | POC #114 | $5,470.00 |
| Jet Express LLC | POC #218 | $20,030.00 |
| SS Freight Cargo Inc. | POC #224 | $12,536.00 |
| **Total Proofs of Claim Filed:** | | **$94,332.00** |

76.     EZ Freighters, PB07 Logistics, and Wadson Trans did not file proofs of claim.

77.     Each Proof of Claim is filed as a priority claim under 11 U.S.C. § 507(a) for the
entire claim amount, but none of the Proofs of Claim specify the subsection of § 507(a) under
which the claim is asserted.

11680495 v4 (75329.00002.000)

78.    Each Proof of Claim appears to assert claims that arose after the Petition Date.

79.    On information and belief, the amounts asserted in Defendants' Proofs of Claim are duplicative of the amounts sought in their Administrative Claim Motions.

## VI.
## CAUSES OF ACTION

### COUNT 1:
### Equitable Subordination
### (11 U.S.C. § 510(c)(1))[15]

80.    The Liquidating Trust realleges and incorporates by reference each of the foregoing and ensuing paragraphs as if the same were fully set forth herein.  The Liquidating Trust is informed and believes, and on that basis alleges, as follows:

81.    The Defendants, by facilitating and participating in the Fuel Card Scheme and the Vendor Overpayment Scheme, engaged in inequitable conduct that was harmful to the Debtors' other creditors and that conferred an unfair advantage to the Defendants.

### Fuel Card Scheme

82.    The Defendants used the Debtors' fuel cards to purchase fuel and other items on credit.

83.    The Debtors were billed and paid for charges on fuel cards used by the Defendants (such charges by the Defendants that were billed to and paid by the Debtors are hereinafter referenced as "Fuel Card Charges").[16]

---

[15] Equitable subordination under section 510(c) of the Bankruptcy Code is appropriate where (i) the claimant engaged in inequitable conduct; (ii) such inequitable conduct harmed other creditors or conferred an unfair advantage on the claimant; and (iii) subordination of the claimant's claims is not inconsistent with the provisions of the Bankruptcy Code.  *Matter of Mobile Steel Co.*, 563 F.2d 692, 699–700 (5th Cir. 1977).

[16] For the avoidance of doubt, the term "Fuel Card Charges" does not include charges for which the Debtors (not the Singhs or any other parties) received reimbursement or charges to the fuel cards by parties other than the Defendants.

84.     The Defendants knew that the fuel cards did not belong to them and that they (the Defendants) would not be billed for charges made on the fuel cards.

85.     The Defendants' Fuel Card Charges were not related to the Debtors or the Debtors' business operations.   Such Fuel Card Charges were made for the benefit of the Defendants or entities other than the Debtors.

86.     The Debtors did not receive any consideration or derive any benefit from the Fuel Card Charges or the Defendants' use of the fuel cards.

87.     The Debtors were not reimbursed or made whole for payments the Debtors made in satisfaction of the Defendants' Fuel Card Charges.

88.     Instead of paying the Debtors for their Fuel Card Charges, the Defendants made payment to the Singhs, or to other parties as directed by the Singhs, and the Defendants knew or should have known that such payments (or significant portions thereof) would not be remitted to the Debtors.

89.     The Defendants' use of the Debtors' fuel cards harmed the Debtors' other creditors by reducing the Debtors' funds available to satisfy obligations to other creditors.  Evey dollar paid by the Debtors for the Defendants' Fuel Card Charges is a dollar that was not available for the Debtors' legitimate obligations to other creditors.

90.     On information and belief, the payments made by the Defendants to the Singhs or any other parties in connection with their use of the Debtors' fuel cards were less than the value of the Defendants' respective Fuel Card Charges, such that the Defendant's use of the fuel cards conferred an unfair advantage to the Defendants in that the Defendants were able to acquire goods and/or services for less than market value (*i.e.*, for less than the Defendants could have otherwise acquired such goods and/or services).

91.     The Defendants knew or should have known that the Debtors would not be made whole for their use of the Debtors' fuel cards.  Thus, the Defendants knew or should have known that their use of the fuel cards harmed the Debtors' other creditors by hindering the Debtors' ability to satisfy obligations to those other creditors.

92.     As a result of the Fuel Card Scheme, the Debtors' equity holder (Kal Singh) and insiders received funds that should have been distributed to the Debtors' creditors.

93.     But for the Defendants' and other Friendly Vendors' knowing use of the Debtors' fuel cards, the Debtors' equity holder and insiders would not have been able to divest and misappropriate the Debtors' funds by way of the Fuel Card Scheme.

94.     On information and belief, the Defendants continued using the Debtors' fuel cards and participating in the Fuel Card Scheme after the Petition Date.

### Vendor Overpayment Scheme

95.     The Defendants were hired to perform services for the Debtors.

96.     The Debtors, at the direction of the Singhs, made payments to the Defendants for services that the Defendants did not actually perform, or that exceeded the value of the services that the Defendants actually performed (such payments are hereinafter collectively referenced as "Overpayments").

97.     The Debtors, at the direction of the Singhs, created or manipulated business records and other documents to falsely reflect that the Defendants were owed money for services that were not actually performed, or that were more valuable than the services actually performed, to make the Overpayments appear legitimate.

98.     The Debtors did not receive any benefit or consideration for these Overpayments.

99.     The Defendants remitted a significant portion of the Overpayments to the Singhs.

100.     The Defendants knowingly accepted Overpayments for the purpose of enabling the Singhs to wrongfully divest money from the Debtors.

101.     The Overpayments made to the Defendants harmed the Debtors' other creditors by reducing the Debtors' funds available to satisfy obligations to other creditors.  Each dollar of the Overpayments is a dollar that was not available to pay the Debtors' legitimate obligations to other creditors.

102.     On information and belief, the Defendants each retained some portion of the Overpayments made to them, such that the Defendants were conferred an unfair advantage in that the Defendants gave no consideration for such funds.

103.     The Defendants knew or should have known that the Debtors did not receive any benefit or consideration for the Overpayments.  Thus, the Defendants knew or should have known that the Overpayments harmed the Debtors' other creditors by hindering the Debtors' ability to satisfy obligations to those other creditors.

104.     As a result of the Overpayments to the Defendants and other Friendly Vendors, the Debtors' equity holder (Kal Singh) and insiders received funds that should have distributed to the Debtors' creditors.

105.     But for the Defendants' and other Friendly Vendors' knowing participation in the Vendor Overpayment Scheme, the Debtors' equity holder and insiders would not have been able to misappropriate and wrongfully divest the Debtors' funds by way of the Vendor Overpayment Scheme.

106.     On information and belief, the Defendants continued accepting and remitting Overpayments to the Singhs after the Petition Date.

107.     On information and belief, a significant portion of the Carrier Pay incurred by the Debtors during these bankruptcy cases, particularly during the Wind-Down period, consisted of Overpayments to the Defendants and other Friendly Vendors.

## Equitable Subordination of Claims

108.     The facts set forth in the foregoing and ensuing paragraphs establish that the Defendants, by way of participating in and facilitating the Fuel Card Scheme and the Vendor Overpayment Scheme, engaged in inequitable conduct that harmed the Debtors' creditors and conferred an unfair advantage to the Defendants.

109.     The harm to the Debtors' and creditors resulting from the Defendants' inequitable conduct exceeds the total amount of claims sought in the Administrative Claim Motions and Proofs of Claim filed by the Defendants.  This is true for each Defendant individually and for all the Defendants in the aggregate.

110.     The Overpayments to the Defendants and the Debtors' payment of the Defendants' Fuel Card Charges (among potentially other inequitable conduct) reduced the funds available for distribution to the Debtors' creditors by more than the aggregate amount of claims asserted by the Defendants.  This is true for each Defendant individually and for all the Defendants in the aggregate.

111.     Subordination of the Defendants' claims is not inconsistent with the provisions of the Bankruptcy Code.

112.     Accordingly, the Defendants' Administrative Claims and all other claims asserted by Defendants should be equitably subordinated to all other unsecured claims in these bankruptcy cases, pursuant to section 510(c)(1) of the Bankruptcy Code.

11680495 v4 (75329.00002.000)

## COUNT 2:
## Objection to Claims

113.     The Liquidating Trust realleges and incorporates by reference each of the foregoing and ensuing paragraphs as if the same were fully set forth herein.

114.     The Liquidating Trust objects to each Defendant's Administrative Claim Motion [ECF Nos. 1104–1113] and to each Proof of Claim filed by the Defendants [Case No. 24-90614, Claim Nos. 86, 114, 206, 207, 218, 219, and 224] for the reasons that:

> (a)     the Defendants' claims should be subordinated under section 510(c) of the Bankruptcy Code, as set forth herein above; and

> (b)     the Liquidating Trust is entitled to recover more from the Defendants than the value of their claims, as further set forth in this Complaint.

115.     The Liquidating Trust reserves the right to object to the Defendants' Administrative Claims and Proofs, as well as any other claims that are or that may be asserted by the Defendants, on any other grounds pursuant to and in accordance with the Plan, the Bankruptcy Code, and other applicable law.

## VII.
## JUDICIAL NOTICE

116.     The Liquidating Trust requests that the Court take judicial notice of all pleadings, declarations, orders, reports, schedules, statements, claims, and other documents filed of record in each Debtor's bankruptcy case (including, without limitation, the Plan, the Confirmation Order, the Liquidating Trust Agreement, the Sharp Declaration, and each of the Debtor's bankruptcy schedules and statements of financial affairs, all of which are incorporated by reference into this Complaint for all purposes).

11680495 v4 (75329.00002.000)

## VIII.
## <u>RESERVATION</u>

117.    The Liquidating Trust reserves the right to amend or supplement this Complaint for any reason—including, without limitation, (a) to provide further information regarding the claims and causes of action asserted against the Defendants; (b) to modify any Defendant's name or to include additional defendants, including, without limitation, any mediate or subsequent transferees of the transfers sought to be avoided herein; (c) to assert additional causes of action under the Bankruptcy Code or other applicable law; and/or (d) to include any other information necessary to support the claims and causes of action asserted herein—and for such amendments or supplements to relate back to this original Complaint.

118.    The Liquidating Trust expressly reserves the right to bring any and all other causes of action and claims for relief that it may have against any of the Defendants on any grounds, at law or in equity, including, without limitation, claims under section 547 of the Bankruptcy Code.

119.    Nothing contained in this Complaint shall be construed as a waiver of any rights of the Liquidating Trust, including, without limitation, the Liquidating Trust's right to object to any claims that have been or that may be filed by the Defendants on any grounds, all of which the Liquidating Trust expressly reserves.

## IX.
## <u>PRAYER FOR RELIEF</u>

WHEREFORE, the Liquidating Trust respectfully prays for judgment and relief against the Defendants as follows:

      (a)    On Count I, for the subordination of all claims held or asserted by the Defendants (including, without limitation, Administrative Claims and the Proofs of Claim) to the claims of all unsecured creditors and to the same priority of equity interests in the Debtors pursuant to section 510(c) of the Bankruptcy Code;

11680495 v4 (75329.00002.000)

(b)     On Count II, for an order sustaining the Liquidating Trust's objections to the Defendants' Administrative Claim Motions and Proofs of Claim and ordering that Defendants recover nothing by way of such claims;

(c)     Awarding the Liquidating Trust a judgment against the Defendants, jointly and severally, for the full value of any damages and recoveries sought in this proceeding, plus pre- and post-judgment interest at the maximum legal rate from the date of such judgment until such judgment is paid in full, plus all attorneys' fees, expenses, and costs of court incurred in connection with this adversary proceeding; and

(d)     granting the Liquidating Trust such other and further relief, at law or in equity, as the Court deems just and proper.

DATED:  October 14, 2025                        Respectfully submitted,

                                                                 _/s/ Kyle Woodard_____
                                                                 Joseph M. Coleman (SBOT 04566100)
                                                                 Kyle Woodard (SBOT 24102661)
                                                                 **KANE RUSSELL COLEMAN LOGAN PC**
                                                                 901 Main Street, Suite 5200
                                                                 Dallas, Texas 75202
                                                                 Tel.: (214) 777-4200
                                                                 Fax: (214) 777-4299
                                                                 Email: jcoleman@krcl.com
                                                                 Email: kwoodard@krcl.com

                                                                 - and -

                                                                 Alexander H. Southwell
                                                                 NY Bar No. 2923415
                                                                 (pro hac vice forthcoming)
                                                                 **MCDERMOTT WILL & SCHULTE LLP**
                                                                 One Vanderbilt Avenue
                                                                 New York, NY 10017
                                                                 Tel: (212) 547-5893
                                                                 Email: asouthwell@mwe.com

                                                                 ***Counsel for the KAL GUC Liquidating Trust***

## <u>EXHIBITS</u>

**Exhibit A:**   Variance Report (Kal Group Budget to Actual) dated February 28, 2025

**Exhibit B:**   Original Wind-Down Budget [Case No. 24-90614, ECF #769]

**Exhibit C:**   Wind-Down Budget Reconciliation through April 11 (Week 6)

**Exhibit D:**   Liquidating Trust Cash Analysis as of April 9, 2016

**Exhibit E:**   Liquidating Trust Cash Analysis as of April 16, 2016

**Exhibit F:**   Schedule of Administrative Claims

11680495 v4 (75329.00002.000)

# <u>Exhibit A</u>

Variance Report dated February 28, 2025

# **<u>Exhibit B</u>**

Original Wind-Down Budget

# __Exhibit C__

Wind-Down Budget Reconciliation

# Exhibit D

Liquidating Trust Cash Analysis as of April 9, 2016

# __Exhibit E__

Liquidating Trust Cash Analysis as of April 16, 2016

# **Exhibit F**

Schedule of Administrative Claims

# **<u>Exhibit A</u>**

Variance Report dated February 28, 2025

Kal Group of Companies Summary of Budget to Actual and Cumulative Summary of Detailed Budget to Actual Using Kal 182 - K Filings and TXSB

February 28, 2025

| | Week 12 (WE 2/21) | | | | Post-Petition Total (12/5 - 2/21) | | | |
|---|---|---|---|---|---|---|---|---|
| | Forecast | Actual | Variance $ | Variance $ | Forecast | Actual | Variance $ | Variance $ |
| Revenue Receipts | $ 4,531,751 | $ 3,794,012 | $ (737,738) | (16%) | $ 57,433,321 | $ 48,917,055 | $ (8,516,266) | (15%) |
| Reimbursement Receipts | 100,750 | - | (100,750) | (100%) | 1,117,720 | 73,190 | (1,044,530) | (93%) |
| **Total Receipts** | **4,632,501** | **3,794,012** | **(838,488)** | **(18%)** | **58,551,041** | **48,990,245** | **(9,560,796)** | **(16%)** |
| Cost of Sales | 2,662,870 | 2,581,607 | 81,263 | 3% | 31,441,346 | 30,847,643 | 593,703 | 2% |
| Operating Disbursements | 310,000 | 614,327 | (304,327) | (98%) | 10,102,020 | 7,136,014 | 2,966,006 | 29% |
| **Total Operating Disbursements** | **2,972,870** | **3,195,934** | **(223,064)** | **(8%)** | **41,543,366** | **37,983,657** | **3,559,709** | **9%** |
| **Operating Cash Flow** | **1,659,631** | **598,079** | **(1,061,552)** | **(64%)** | **17,007,675** | **11,006,588** | **(6,001,087)** | **(35%)** |
| **Non Operating (Receipts) / Disbursements** | | | | | | | | |
| Personal Funding and/or Real Estate Sales | - | - | - | NA | (6,500,000) | (4,550,000) | (1,950,000) | 30% |
| Insurance Collateral Payment | 1,000,000 | - | 1,000,000 | 100% | 3,000,000 | 1,000,000 | 2,000,000 | 67% |
| Adequate Protection Payments - Lease Collections | 193,700 | 115,517 | 78,183 | 40% | 2,807,500 | 1,046,338 | 1,761,162 | 63% |
| Adequate Protection Payments - Other | 937,000 | - | 937,000 | 100% | 10,994,000 | 6,298,721 | 4,695,279 | 43% |
| Principal Payments - Triumph | - | - | - | NA | 3,500,000 | 3,411,821 | 88,179 | 3% |
| Principal Payments | - | - | - | NA | - | 25,062 | (25,062) | NA |
| Other Non Operating Disbursements | 17,294 | 10,294 | 7,000 | 40% | 195,487 | (220,706) | 416,193 | 213% |
| **Non Operating (Receipts) / Disbursements** | **2,147,994** | **127,311** | **2,020,683** | **94%** | **13,996,987** | **7,030,898** | **6,966,089** | **50%** |
| **Bankruptcy Costs** | | | | | | | | |
| Filing Fees | - | - | - | NA | 15,000 | - | 15,000 | 100% |
| UST Fees | 252,662 | - | 252,662 | 100% | 252,662 | 115,989 | 136,672 | 54% |
| Pachulski Stang Ziehl & Jones LLP | 225,000 | 225,000 | (0) | (0%) | 2,700,000 | 2,475,000 | 225,000 | 8% |
| Development Specialists, Inc. (DSI) | 34,615 | 34,615 | - | 0% | 415,385 | 380,769 | 34,615 | 8% |
| Creditor Reporting / Additional FA - DSI | 34,615 | 34,615 | - | 0% | 415,385 | 242,308 | 173,077 | 42% |
| Independent Directors | - | - | - | NA | 150,000 | 120,000 | 30,000 | 20% |
| Stretto | 20,000 | 20,000 | - | 0% | 240,000 | 220,000 | 20,000 | 8% |
| E-Discovery | - | - | - | NA | 75,000 | - | 75,000 | 100% |
| Logistics Regulatory Counsel | - | 6,250 | (6,250) | NA | 75,000 | 68,750 | 6,250 | 8% |
| Lender Professionals | 10,000 | - | 10,000 | 100% | 120,000 | - | 120,000 | 100% |
| Creditors Committee | 50,000 | 50,000 | - | 0% | 375,000 | 375,000 | - | 0% |
| Other Costs | 5,000 | 5,000 | - | 0% | 60,000 | 60,000 | - | 0% |
| **Total Bankruptcy Costs** | **631,892** | **375,481** | **256,412** | **41%** | **4,893,431** | **4,057,816** | **835,615** | **17%** |
| **Net Cash Flow** | $ **(1,120,255)** | $ **95,287** | $ **1,215,542** | **109%** | $ **(1,882,742)** | $ **(82,126)** | $ **1,800,616** | **96%** |
| Starting Cash | $ 2,162,960 | $ 687,171 | | | $ 2,925,448 | $ 864,584 | | |
| Net Cash Flow | (1,120,255) | 95,287 | | | (1,882,742) | (82,126) | | |
| **Ending Cash - Kal Group** | $ **1,042,705** | $ **782,458** | | | $ **1,042,705** | $ **782,458** | | |

**Kal Group of Companies Budget to Actual - Kal Freight, Kal Trailers & Leasing, Kal Partz, KVL Tires and Kal Aviation**
February 28, 2025

| | | Week 13 (WE 2/21) | | | | Post-Petition Total (12/5 - 2/21) | | |
|---|---|---|---|---|---|---|---|---|
| | Forecast | Actual | Variance $ | Variance % | Forecast | Actual | Variance $ | Variance % |
| **Revenue Receipts** | | | | | | | | |
| Kal Freight Trucking Income - Factored (previously Not Factored) | $ 857,600 | $ 199,026 | $ (658,574) | (77%) | $ 12,236,740 | $ 7,193,416 | $ (5,043,324) | (41%) |
| Kal Freight Trucking Income - Factored | 1,490,700 | 574,047 | (916,653) | (61%) | 17,412,900 | 11,253,349 | (6,159,551) | (35%) |
| Less: Factoring Escrow Reserve | (22,309) | - | 22,309 | (100%) | (245,572) | - | 245,572 | (100%) |
| SPG Transportation Inc Trucking Income | 1,159,378 | 2,442,600 | 1,283,222 | 111% | 14,025,099 | 23,844,557 | 9,819,458 | 70% |
| Pro Tec Inc Trucking Income | 320,181 | 327,565 | 7,384 | 2% | 3,976,074 | 3,943,396 | (32,677) | (1%) |
| Kal Freight / KTL / Kal Partz / KVL Sale of Product to Third Parties | 350,000 | - | (350,000) | (100%) | 3,664,000 | 218,618 | (3,445,382) | (94%) |
| Kal Freight Load Sales from Kal Way | 147,000 | - | (147,000) | (100%) | 2,205,000 | 481,798 | (1,723,202) | (78%) |
| Kal Freight / KTL Lease Collection from Third Parties | 193,700 | 250,774 | 57,074 | 29% | 3,350,980 | 1,978,922 | (1,372,058) | (41%) |
| Kal Freight Lease Collections from Kal Way | 11,500 | - | (11,500) | (100%) | 34,500 | - | (34,500) | (100%) |
| Interest from Post Petition Loans - Intercompany | - | - | - | NA | - | - | - | NA |
| Sale to Affiliated Entities | | - | | | | | | |
| Kal Partz / KVL Sale to Kal Freight | 24,000 | - | (24,000) | (100%) | 273,600 | 3,000 | (270,600) | (99%) |
| Kal Freight / Kal Partz Sale to KVL Tires | - | - | - | NA | 500,000 | - | (500,000) | (100%) |
| Kal Partz / KVL Sale to Kal Trailer and Leasing | - | - | - | NA | - | - | - | NA |
| KVL Sale to Kal Partz | - | - | - | NA | - | - | - | NA |
| **Total Revenue Receipts** | **4,531,751** | **3,794,012** | **(737,738)** | **(16%)** | **57,433,321** | **48,917,055** | **(8,516,266)** | **(15%)** |
| **Expense Reimbursement Receipts** | | | | | | | | |
| KTL/ Kal Partz / KVL Reimbursement from Kal Freight | 1,700 | - | (1,700) | (100%) | 3,800 | 5,936 | 2,136 | 56% |
| Kal Freight Reimbursement from Kal Way | 7,000 | - | (7,000) | (100%) | 79,800 | 2,200 | (77,600) | (97%) |
| Kal Freight / Kal Partz / KVL Reimbursement from KTL | 6,000 | - | (6,000) | (100%) | 584,180 | 27,500 | (556,680) | (95%) |
| Kal Freight / KTL / KVL Reimbursement from Kal Partz | 78,850 | - | (78,850) | (100%) | 367,640 | 34,954 | (332,686) | (90%) |
| Kal Freight / KTL / Kal Partz Reimbursement from KVL Tires | 7,200 | - | (7,200) | (100%) | 82,300 | 2,600 | (79,700) | (97%) |
| **Total Reimbursement Receipts** | **100,750** | **-** | **(100,750)** | **(100%)** | **1,117,720** | **73,190** | **(1,044,530)** | **(93%)** |
| **Total Receipts** | **4,632,501** | **3,794,012** | **(838,488)** | **(18%)** | **58,551,041** | **48,990,245** | **(9,560,796)** | **(16%)** |
| **Cost of Sales** | | | | | | | | |
| Fuel Expense | 1,039,426 | 770,244 | 269,182 | 26% | 12,013,095 | 10,359,195 | 1,653,900 | 14% |
| Cost of Sales | - | 1,479,586 | (1,479,586) | NA | - | 1,499,586 | (1,499,586) | NA |
| Carrier Pay | 1,170,994 | 19,500 | 1,151,494 | 98% | 13,543,042 | 14,427,589 | (884,547) | (7%) |
| Truck Maintenance Costs | - | 229,189 | (229,189) | NA | 592,140 | 489,320 | 102,820 | 17% |
| Truck Maintenance Costs to Protec Repair | 200,000 | 81,355 | 118,645 | 59% | 2,428,900 | 2,571,650 | (142,750) | (6%) |
| Freight Costs | 203,847 | - | 203,847 | 100% | 1,812,141 | 1,099,375 | 712,766 | 39% |
| SPG Prepaid Expense | - | - | - | NA | - | 300,000 | (300,000) | NA |
| Other Direct Expense | 24,604 | 1,733 | 22,870 | 93% | 278,428 | 76,928 | 201,500 | 72% |
| Cost of Sales to Affiliated Entities | | | | | - | | | |
| Kal Freight Truck Maintenance Payment to Kal Partz | 9,000 | - | 9,000 | 100% | 102,600 | 21,000 | 81,600 | 80% |
| Kal Freight Truck Maintenance Payment to KVL Tires | 15,000 | - | 15,000 | 100% | 171,000 | 3,000 | 168,000 | 98% |
| KVL Freight Costs Payment to Kal Freight | - | - | - | NA | 500,000 | - | 500,000 | 100% |
| KVL Services and Equipment Payment to Kal Partz | - | - | - | NA | - | - | - | NA |
| **Total Cost of Sales** | **2,662,870** | **2,581,607** | **81,263** | **3%** | **31,441,346** | **30,847,643** | **593,703** | **2%** |

**Kal Group of Companies Budget to Actual - Kal Freight, Kal Trailers & Leasing, Kal Partz, KVL Tires and Kal Aviation**
February 28, 2025

| | Week 13 (WE 2/21) | | | | Post-Petition Total (12/5 - 2/21) | | | |
|---|---|---|---|---|---|---|---|---|
| | Forecast | Actual | Variance $ | Variance % | Forecast | Actual | Variance $ | Variance % |
| **Operating Disbursements** | | | | | | | | |
| Payroll and Benefits | 25,000 | 218,618 | (193,618) | (774%) | 1,375,500 | 1,488,881 | (113,381) | (8%) |
| Rent and Leases | 60,000 | 188,698 | (128,698) | (214%) | 2,177,450 | 2,006,685 | 170,765 | 8% |
| Selling, General and Admin. | 32,500 | 152,846 | (120,346) | (370%) | 1,713,140 | 921,715 | 791,425 | 46% |
| Insurance | - | 14,815 | (14,815) | NA | 2,845,110 | 2,322,522 | 522,588 | 18% |
| Taxes, Fees and Licenses | 7,200 | - | 7,200 | 100% | 157,200 | 164,133 | (6,933) | (4%) |
| Telephone and Utilities | 22,600 | 11,780 | 10,820 | 48% | 252,270 | 88,254 | 164,016 | 65% |
| Utilities Deposit | - | - | - | NA | 101,590 | 3,702 | 97,888 | 96% |
| Repair & Maintenance | - | - | - | NA | - | - | - | NA |
| Repair & Maintenance to Protec Repair | - | 13,786 | (13,786) | NA | - | 13,786 | (13,786) | NA |
| Real Estate Diligence | - | - | - | NA | - | - | - | NA |
| Legal & Professional Fees | 15,000 | - | 15,000 | 100% | 45,000 | 14,240 | 30,760 | 68% |
| Other Operating Expenses | 56,500 | 13,786 | 42,714 | 76% | 644,100 | 77,496 | 566,604 | 88% |
| Operating Disbursements to Affiliated Entities | | | | | | | | |
| KTL / Kal Partz Rent and Leases Payment to Kal Freight | 72,000 | - | 72,000 | 100% | 505,200 | 24,000 | 481,200 | 95% |
| Kal Freight / KTL / Kal Partz Rent and Leases Payment to KVL | - | - | - | NA | - | - | - | NA |
| KTL Rent and Leases Payment to Kal Partz | - | - | - | NA | - | - | - | NA |
| KTL / Kal Partz Selling, General and Admin. Payment to Kal Freight | - | - | - | NA | 73,360 | 2,800 | 70,560 | 96% |
| Kal Freight Selling, General and Admin. to KTL | - | - | - | NA | - | - | - | NA |
| KTL / Kal Partz / KVL Insurance Payment to Kal Freight | - | - | - | NA | 90,000 | - | 90,000 | 100% |
| KTL / Kal Partz / KVL Telephone and Utilities Payment to Kal Freight | 17,500 | - | 17,500 | 100% | 111,600 | 7,800 | 103,800 | 93% |
| Kal Freight / Kal Partz / KVL Telephone and Utilities Payment to KTL | 1,700 | - | 1,700 | 100% | 7,650 | - | 7,650 | 100% |
| Kal Freight / KTL / Kal Partz Telephone and Utilities Payment to KVL | - | - | - | NA | 2,850 | - | 2,850 | 100% |
| Kal Freight / KTL / KVL Telephone and Utilities Payment to Kal Partz | - | - | - | NA | - | - | - | NA |
| KTL / Kal Partz Repair & Maintenance Payment to KVL | - | - | - | NA | - | - | - | NA |
| KTL Repair & Maintenance Payment to Kal Partz | - | - | - | NA | - | - | - | NA |
| **Total Operating Disbursements** | **310,000** | **614,327** | **(304,327)** | **(98%)** | **10,102,020** | **7,136,014** | **2,966,006** | **29%** |
| | | | | | | | | |
| **Operating Cash Flow** | **1,659,631** | **598,079** | **(1,061,552)** | **(64%)** | **17,007,675** | **11,006,588** | **(6,001,087)** | **(35%)** |
| | | | | | | | | |
| **Non Operating Disbursements** | | | | | | | | |
| Capital Expenditures | - | - | - | NA | - | - | - | NA |
| Factoring Fees | 745 | 745 | - | 0% | 8,706 | 745 | 7,961 | 91% |
| Interest Expense - Factoring | 16,548 | 16,548 | - | 0% | 186,781 | 16,548 | 170,232 | 91% |
| Interest Expense on Post Petition Loans - Intercompany | - | - | - | NA | - | - | - | NA |
| Principal Payments - Triumph | - | - | - | NA | 3,500,000 | 3,411,821 | 88,179 | 3% |
| Principal Payments | - | - | - | NA | - | 25,062 | (25,062) | NA |
| Financing Fees | - | - | - | NA | - | 17,862 | (17,862) | NA |
| Other Non Operating Disbursements | - | (7,000) | 7,000 | NA | - | (238,000) | 238,000 | NA |
| **Total Non Operating Disbursements** | **17,294** | **10,294** | **-** | **0%** | **3,695,487** | **3,234,039** | **223,448** | **6%** |
| | | | | | | | | |
| **Bankruptcy Costs** | | | | | | | | |
| Filing Fees | - | - | - | NA | 15,000 | - | 15,000 | 100% |
| UST Fees | 252,662 | - | 252,662 | 100% | 252,662 | 115,989 | 136,672 | 54% |
| Pachulski Stang Ziehl & Jones LLP | 225,000 | 225,000 | (0) | (0%) | 2,700,000 | 2,475,000 | 225,000 | 8% |
| Development Specialists, Inc. (DSI) | 34,615 | 34,615 | - | 0% | 415,385 | 380,769 | 34,615 | 8% |
| Creditor Reporting / Additional FA - DSI | 34,615 | 34,615 | - | 0% | 415,385 | 242,308 | 173,077 | 42% |
| Independent Directors | - | - | - | NA | 150,000 | 120,000 | 30,000 | 20% |

**Kal Group of Companies Budget to Actual - Kal Freight, Kal Trailers & Leasing, Kal Partz, KVL Tires and Kal Aviation**

February 28, 2025

| | Week 13 (WE 2/21) | | | | Post-Petition Total (12/5 - 2/21) | | | |
|---|---|---|---|---|---|---|---|---|
| | **Forecast** | **Actual** | **Variance $** | **Variance %** | **Forecast** | **Actual** | **Variance $** | **Variance %** |
| Stretto | 20,000 | 20,000 | - | 0% | 240,000 | 220,000 | 20,000 | 8% |
| E-Discovery | - | - | - | NA | 75,000 | - | 75,000 | 100% |
| Logistics Regulatory Counsel | - | 6,250 | (6,250) | NA | 75,000 | 68,750 | 6,250 | 8% |
| Lender Professionals | 10,000 | - | 10,000 | 100% | 120,000 | - | 120,000 | 100% |
| Creditors Committee | 50,000 | 50,000 | - | 0% | 375,000 | 375,000 | - | 0% |
| Other Costs | 5,000 | 5,000 | - | 0% | 60,000 | 60,000 | - | 0% |
| **Total Bankruptcy Costs** | **631,892** | **375,481** | **256,412** | **41%** | **4,893,431** | **4,057,816** | **835,615** | **17%** |
| | | | | | | | | |
| **Cash Surplus / (Shortfall)** | **1,010,445** | **212,304** | **(798,141)** | **(79%)** | **8,418,758** | **3,714,733** | **(4,704,024)** | **(56%)** |
| | | | | | | | | |
| (Deferral) / Payment on Professional Fees | - | - | - | NA | - | - | - | NA |
| Insurance Collateral Payment | 1,000,000 | - | 1,000,000 | 100% | 3,000,000 | 1,000,000 | 2,000,000 | 67% |
| Adequate Protection Payments - Lease Collections | 193,700 | 115,517 | 78,183 | 40% | 2,807,500 | 1,046,338 | 1,761,162 | 63% |
| Adequate Protection Payments - Other | 937,000 | - | 937,000 | 100% | 10,994,000 | 6,298,721 | 4,695,279 | 43% |
| Interdebtor Cash Transfer (In) / Out | - | 1,500 | (1,500) | NA | - | 1,800 | (1,800) | NA |
| | | | | | | | | |
| **Net Cash Flow** | **$ (1,120,255)** | **$ 95,287** | **$ 1,215,542** | **(109%)** | **$ (8,382,742)** | **$ (4,632,126)** | **$ 3,750,616** | **45%** |
| | | | | | | | | |
| Starting Cash | $ 2,162,960 | $ 687,171 | | | $ 2,925,448 | $ 864,584 | | |
| Personal Funding and/or Real Estate Sales | - | - | | | 6,500,000 | 4,550,000 | 1,950,000 | |
| Net Cash Flow | $ (1,120,255) | $ 95,287 | | | (8,382,742) | (4,632,126) | | |
| **Ending Cash - Kal Group** | **$ 1,042,705** | **$ 782,458** | | | **$ 1,042,705** | **$ 782,458** | | |

**Kal Group of Companies - Consolidated Post-Petition Actual + Management Forecast**

| | Actual 2 | Actual 3 | Actual 4 | Actual 5 | Actual 6 | Actual 7 | Actual 8 | Actual 9 | Actual 10 | Actual 11 | Actual 12 | Actual 13 | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week<br>Week Ending | 12/6 [1] | 12/13 | 12/20 | 12/27 | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | Total |
| **Revenue Receipts** | | | | | | | | | | | | | |
| Kal Freight Trucking Income - Factored (previously Not Factored) | $ 502,405 | $ 126,200 | $ 606,384 | $ 2,436,662 | $ 79,449 | $ 190,883 | $ 720,383 | $ 367,616 | $ 1,344,684 | $ 407,147 | $ 212,578 | $ 199,026 | $ 7,193,416 |
| Kal Freight Trucking Income - Factored | 183,428 | 1,406,835 | 1,578,011 | 725,474 | 1,157,596 | 1,355,549 | 1,190,895 | 934,774 | 747,448 | 639,151 | 760,141 | 574,047 | 11,253,349 |
| Less: Factoring Escrow Reserve | | | | | | | | | | | | | |
| SPG Transportation Inc Trucking Income | 385,653 | 1,669,029 | 1,993,485 | 1,576,222 | 1,579,953 | 1,816,396 | 1,947,643 | 2,225,855 | 1,849,484 | 2,629,204 | 3,729,032 | 2,442,600 | 23,844,557 |
| Pro Tec Inc Trucking Income | 39,411 | 247,447 | 433,364 | 322,473 | 476,990 | 281,846 | 461,248 | 402,336 | 315,688 | 331,498 | 303,529 | 327,565 | 3,943,396 |
| KTL / Kal Partz / KVL Sale of Product to Third Parties | 12,173 | 93,885 | 22,452 | 9,722 | 38,592 | 5,585 | 24,753 | 4,125 | 2,191 | 5,111 | 29 | | 218,618 |
| Kal Freight Load Sales from Kal Way | - | 2,198 | - | - | 80,000 | 500 | 292,600 | 102,800 | - | 3,700 | - | - | 481,798 |
| Kal Freight / KTL Lease Collection from Third Parties | 359,181 | 32,917 | 159,025 | 360,845 | 352,925 | 44,500 | 8,756 | 174,905 | 40,548 | 184,488 | 10,058 | 250,774 | 1,978,922 |
| Kal Freight Lease Collections from Kal Way | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest from Post Petition Loans - Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale to Affiliated Entities | | | | | | | | | | | | | |
| Kal Partz / KVL Sale to Kal Freight | - | - | - | 3,000 | - | - | - | - | - | - | - | - | 3,000 |
| Kal Freight / Kal Partz Sale to KVL Tires | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Kal Partz / KVL Sale to Kal Trailer and Leasing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KVL Sale to Kal Partz | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue Receipts** | **1,482,252** | **3,578,510** | **4,792,722** | **5,434,398** | **3,765,505** | **3,695,259** | **4,646,276** | **4,212,412** | **4,300,044** | **4,200,299** | **5,015,366** | **3,794,012** | **48,917,055** |
| **Expense Reimbursement Receipts** | | | | | | | | | | | | | |
| KTL/ Kal Partz / KVL Reimbursement from Kal Freight | - | 4,500 | 1,436 | - | - | - | - | - | - | - | - | - | 5,936 |
| Kal Freight Reimbursement from Kal Way | (1,000) | 3,200 | - | - | - | - | - | - | - | - | - | - | 2,200 |
| Kal Freight / Kal Partz / KVL Reimbursement from KTL | 8,000 | (4,500) | - | - | - | - | 24,000 | - | - | - | - | - | 27,500 |
| Kal Freight / KTL / KVL Reimbursement from Kal Partz | 15,000 | 19,954 | - | - | - | - | - | - | - | - | - | - | 34,954 |
| Kal Freight / KTL / Kal Partz Reimbursement from KVL Tires | 2,600 | - | - | - | - | - | - | - | - | - | - | - | 2,600 |
| **Total Reimbursement Receipts** | **24,600** | **23,154** | **1,436** | **-** | **-** | **-** | **24,000** | **-** | **-** | **-** | **-** | **-** | **73,190** |
| **Total Receipts** | **1,506,852** | **3,601,664** | **4,794,158** | **5,434,398** | **3,765,505** | **3,695,259** | **4,670,276** | **4,212,412** | **4,300,044** | **4,200,299** | **5,015,366** | **3,794,012** | **48,990,245** |
| **Cost of Sales** | | | | | | | | | | | | | |
| Fuel Expense | 346,574 | 807,026 | 1,044,052 | 982,472 | 984,677 | 959,465 | 1,230,871 | 1,263,654 | 304,080 | 626,426 | 1,039,655 | 770,244 | 10,359,195 |
| Cost of Sales | - | 20,000 | - | - | - | - | - | - | - | - | - | 1,479,586 | 1,499,586 |
| Carrier Pay | 450,257 | 1,380,358 | 1,484,254 | 1,142,482 | 1,521,993 | 1,248,437 | 1,352,523 | 1,303,722 | 1,480,121 | 1,371,345 | 1,672,597 | 19,500 | 14,427,589 |
| Truck Maintenance Costs | - | 43,067 | 20,043 | 46,985 | 22,420 | (10,919) | 50,313 | 1,575 | 4,289 | 63,504 | 18,854 | 229,189 | 489,320 |
| Truck Maintenance Costs to Protec Repair | 227,230 | 207,661 | 229,789 | 226,002 | 139,124 | 219,299 | - | 345,069 | 309,184 | 224,641 | 362,298 | 81,355 | 2,571,650 |
| Freight Costs | 515 | 83,951 | 128,075 | 71,529 | 172,054 | - | 113,996 | 500 | 163,350 | 151,705 | 213,700 | - | 1,099,375 |
| SPG Prepaid Expense | - | - | - | - | - | - | - | - | 300,000 | - | - | - | 300,000 |
| Other Direct Expense | 28,110 | - | 16,584 | 3,881 | - | 2,532 | 3,499 | 2,745 | 5,250 | 4,010 | 8,585 | 1,733 | 76,928 |
| Cost of Sales to Affiliated Entities | | | | | | | | | | | | | |
| Kal Freight Truck Maintenance Payment to Kal Partz | - | 21,000 | - | - | - | - | - | - | - | - | - | - | 21,000 |
| Kal Freight Truck Maintenance Payment to KVL Tires | - | - | - | 3,000 | - | - | - | - | - | - | - | - | 3,000 |
| KVL Freight Costs Payment to Kal Freight | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KVL Services and Equipment Payment to Kal Partz | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Sales** | **1,052,685** | **2,563,064** | **2,922,796** | **2,476,351** | **2,840,268** | **2,418,814** | **2,751,202** | **2,917,265** | **2,566,273** | **2,441,630** | **3,315,689** | **2,581,607** | **30,847,643** |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Payroll and Benefits | 187,701 | 57,809 | 172,015 | 46,543 | 40,239 | 229,652 | 42,238 | 202,196 | 36,889 | 202,726 | 52,256 | 218,618 | 1,488,881 |
| Rent and Leases | 1,000 | 21,858 | - | 240,081 | - | 78,603 | 403,507 | 243,529 | 290,264 | 261,557 | 277,589 | 188,698 | 2,006,685 |
| Selling, General and Admin. | 19,261 | 48,646 | 18,520 | 6,541 | 261,332 | 76,522 | 51,602 | 19,477 | 175,850 | 29,663 | 61,689 | 152,846 | 921,950 |
| Insurance | 850,000 | 14,479 | 603,887 | 84,107 | 6,397 | 57,348 | 118,796 | (3,132) | 11,129 | 19,759 | 544,937 | 14,815 | 2,322,522 |
| Taxes, Fees and Licenses | - | 576 | - | 22,374 | 10,468 | (10,330) | 340 | 48,645 | 2,818 | 87,372 | 1,872 | - | 164,133 |
| Telephone and Utilities | 3,224 | 778 | 5,643 | 4,634 | 10,006 | 10,047 | 14,453 | 1,669 | 6,650 | 2,709 | 16,660 | 11,780 | 88,254 |
| Utilities Deposit | - | - | - | - | 3,702 | - | - | - | - | - | - | - | 3,702 |
| Repair & Maintenance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Repair & Maintenance to Protec Repair | - | - | - | - | - | - | - | - | - | - | - | 13,786 | 13,786 |
| Real Estate Diligence | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal & Professional Fees | - | - | - | 2,225 | - | 72 | (1,457) | 12,725 | 675 | - | - | - | 14,240 |
| Other Operating Expenses | 2,929 | 3,057 | - | 1,989 | 5,760 | 5,128 | 4,911 | 5,019 | 19,046 | 8,076 | 7,796 | 13,786 | 77,496 |
| Operating Disbursements to Affiliated Entities | | | | | | | | | | | | | |
| KTL / Kal Partz Rent and Leases Payment to Kal Freight | - | - | - | - | - | - | 24,000 | - | - | - | - | - | 24,000 |
| Kal Freight / KTL / Kal Partz Rent and Leases Payment to KVL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KTL Rent and Leases Payment to Kal Partz | | | | | | | | | | | | | |

**Kal Group of Companies - Consolidated Post-Petition Actual + Management Forecast**

| | Actual 2 | Actual 3 | Actual 4 | Actual 5 | Actual 6 | Actual 7 | Actual 8 | Actual 9 | Actual 10 | Actual 11 | Actual 12 | Actual 13 | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 12/6 [1] | 12/13 | 12/20 | 12/27 | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | Total |
| KTL / Kal Partz Selling, General and Admin. Payment to Kal Freight | 2,800 | - | - | - | - | - | - | - | - | - | - | - | 2,800 |
| Kal Freight Selling, General and Admin. to KTL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KTL / Kal Partz / KVL Insurance Payment to Kal Freight | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KTL / Kal Partz / KVL Telephone and Utilities Payment to Kal Freight | 7,800 | - | - | - | - | - | - | - | - | - | - | - | 7,800 |
| Kal Freight / Kal Partz / KVL Telephone and Utilities Payment to KTL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Kal Freight / KTL / Kal Partz Telephone and Utilities Payment to KVL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Kal Freight / KTL / KVL Telephone and Utilities Payment to Kal Partz | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KTL / Kal Partz Repair & Maintenance Payment to KVL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KTL Repair & Maintenance Payment to Kal Partz | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | **1,074,715** | **147,204** | **800,065** | **408,494** | **337,905** | **447,042** | **658,390** | **530,126** | **543,321** | **611,862** | **962,798** | **614,327** | **7,136,249** |
| **Operating Cash Flow** | **(620,548)** | **891,397** | **1,071,296** | **2,549,552** | **587,332** | **829,402** | **1,260,685** | **765,020** | **1,190,450** | **1,146,808** | **736,880** | **598,079** | **11,006,353** |
| **Non Operating Disbursements** | | | | | | | | | | | | | |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Factoring Fees | - | - | - | - | - | - | - | - | - | - | - | 745 | 745 |
| Interest Expense - Factoring | - | - | - | - | - | - | - | - | - | - | - | 16,548 | 16,548 |
| Interest Expense on Post Petition Loans - Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments - Triumph | - | - | - | 1,742,672 | 76,249 | 183,983 | 720,383 | 155,200 | 252,036 | 112,848 | 168,450 | - | 3,411,821 |
| Principal Payments | 28,441 | (26,248) | - | 731 | 2,193 | 17,021 | - | - | 731 | 2,193 | - | 25,062 |
| Financing Fees | - | - | - | - | - | - | - | 17,862 | - | - | - | - | 17,862 |
| Other Non Operating Disbursements | 282,000 | (288,000) | - | - | - | - | - | - | (213,800) | (8,700) | (2,500) | (7,000) | (238,000) |
| **Total Non Operating Disbursements** | **310,441** | **(314,248)** | **-** | **1,742,672** | **76,980** | **186,176** | **737,404** | **155,200** | **56,098** | **104,879** | **168,143** | **10,294** | **3,234,039** |
| **Bankruptcy Costs** | | | | | | | | | | | | | |
| Filing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | - | - | - | - | - | - | - | - | 115,989 | - | - | - | 115,989 |
| Pachulski Stang Ziehl & Jones LLP | - | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 2,475,000 |
| Development Specialists, Inc. (DSI) | - | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 380,769 |
| Creditor Reporting / Additional FA - DSI | - | - | - | - | - | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 242,308 |
| Independent Directors | - | - | - | - | 60,000 | - | - | - | - | - | 60,000 | - | 120,000 |
| Stretto | - | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 220,000 |
| E-Discovery | - | - | 12,500 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | (43,750) | - | - | - | - |
| Logistics Regulatory Counsel | - | - | 12,500 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 68,750 |
| Lender Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | - | - | - | - | - | 125,000 | 25,000 | 25,000 | 50,000 | 50,000 | 50,000 | 50,000 | 375,000 |
| Other Costs | - | - | - | - | - | - | - | - | 45,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| **Total Bankruptcy Costs** | **-** | **279,615** | **304,615** | **292,115** | **352,115** | **451,731** | **351,731** | **351,731** | **487,720** | **435,481** | **375,481** | **375,481** | **4,057,816** |
| **Cash Surplus / (Shortfall)** | **(930,989)** | **926,030** | **766,681** | **514,765** | **158,237** | **191,496** | **171,551** | **258,089** | **646,632** | **606,447** | **193,256** | **212,304** | **3,714,498** |
| (Deferral) / Payment on Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance Collateral Payment [2] | - | - | - | - | - | 1,000,000 | - | - | - | - | - | - | 1,000,000 |
| Adequate Protection Payments - Lease Collections | - | 144,183 | 103,823 | 62,766 | 214,498 | 3,548 | 22,315 | 8,728 | 174,678 | 14,881 | 181,402 | 115,517 | 1,046,338 |
| Adequate Protection Payments - Other | - | 814,379 | 783,269 | 727,769 | 727,769 | 273,552 | 951,601 | 719,879 | 598,174 | 702,328 | - | - | 6,298,721 |
| Interdebtor Cash Transfer (In) / Out | - | - | - | - | - | - | - | - | - | - | 300 | 1,500 | 1,800 |
| **Net Cash Flow** | **$ (930,989)** | **$ (32,532)** | **$ (120,412)** | **$ (275,770)** | **$ (784,031)** | **$ (1,085,605)** | **$ (802,365)** | **$ (470,518)** | **$ (126,220)** | **$ (110,761)** | **$ 11,555** | **$ 95,287** | **$ (4,632,361)** |
| Starting Cash | $ 864,584 | $ 983,595 | $ 1,551,064 | $ 1,430,652 | $ 1,154,882 | $ 370,851 | $ 285,246 | $ 682,881 | $ 212,364 | $ 586,143 | $ 675,382 | $ 686,936 | $ 864,584 |
| Personal Funding and/or Real Estate Sales [3] | 1,050,000 | 600,000 | - | - | - | 1,000,000 | 1,200,000 | - | 500,000 | 200,000 | - | - | 4,550,000 |
| Net Cash Flow | (930,989) | (32,532) | (120,412) | (275,770) | (784,031) | (1,085,605) | (802,365) | (470,518) | (126,220) | (110,761) | 11,555 | 95,287 | (4,632,361) |
| **Ending Cash - Kal Group** | **$ 983,595** | **$ 1,551,064** | **$ 1,430,652** | **$ 1,154,882** | **$ 370,851** | **$ 285,246** | **$ 682,881** | **$ 212,364** | **$ 586,143** | **$ 675,382** | **$ 686,936** | **$ 782,223** | **782,223** |

[1] Represents actual performance for the post-petition days of Week 2, specifically December 5th and 6th.
[2] The $1M insurance collateral payment was made directly to the owner. A corresponding non-cash personal funding entry for the same amount was recorded.
[3] Includes $1M of non-cash personal funding from the owner for the $1M insurance collateral payment made directly by the owner.

**Kal Freight - Post-Petition Actual + Management Forecast**

| | Actual 2 | Actual 3 | Actual 4 | Actual 5 | Actual 6 | Actual 7 | Actual 8 | Actual 9 | Actual 10 | Actual 11 | Actual 12 | Actual 13 | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 12/6 [1] | 12/13 | 12/20 | 12/27 | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | Total |
| **Revenue Receipts** | | | | | | | | | | | | | |
| Trucking Income - Factored (Previously Not Factored) | $ 502,405 | $ 126,200 | $ 606,384 | $ 2,436,662 | $ 79,449 | $ 190,883 | $ 720,383 | $ 367,616 | $ 1,344,684 | $ 407,147 | $ 212,578 | $ 199,026 | $ 7,193,416 |
| Trucking Income - Factored | 183,428 | 1,406,835 | 1,578,011 | 725,474 | 1,157,596 | 1,355,549 | 1,190,895 | 934,774 | 747,448 | 639,151 | 760,141 | 574,047 | 11,253,349 |
| Less: Factoring Escrow Reserve | - | - | - | - | - | - | - | - | - | - | - | - | - |
| SPG Transportation Inc Trucking Income | 385,653 | 1,669,029 | 1,993,485 | 1,576,222 | 1,579,953 | 1,816,396 | 1,947,643 | 2,225,855 | 1,849,484 | 2,629,204 | 3,729,032 | 2,442,600 | 23,844,557 |
| Pro Tec Inc Trucking Income | 39,411 | 247,447 | 433,364 | 322,473 | 476,990 | 281,846 | 461,248 | 402,336 | 315,688 | 331,498 | 303,529 | 327,565 | 3,943,396 |
| Sale of Product to Third Parties | - | 39,509 | - | - | - | - | - | - | - | - | - | - | 39,509 |
| Load Sales from Kal Way | - | 2,198 | - | - | 80,000 | 500 | 292,600 | 102,800 | - | 3,700 | - | - | 481,798 |
| Lease Collection from Third Parties | 216,407 | - | 5,450 | 312,574 | 344,754 | 27,463 | 8,756 | 164,120 | 25,755 | 180,847 | 1,499 | 120,751 | 1,408,375 |
| Lease Collections from Kal Way | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale to Affiliated Entities | | | | | | | | | | | | | |
| Sale to KVL Tires | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue Receipts** | 1,327,304 | 3,491,218 | 4,616,694 | 5,373,406 | 3,718,743 | 3,672,637 | 4,621,524 | 4,197,502 | 4,283,060 | 4,191,547 | 5,006,778 | 3,663,989 | 48,164,400 |
| **Expense Reimbursement Receipts** | | | | | | | | | | | | | |
| Kal Freight | - | - | 1,436 | - | - | - | - | - | - | - | - | - | 1,436 |
| Kal Way | (1,000) | 3,200 | - | - | - | - | - | - | - | - | - | - | 2,200 |
| Kal Trailers & Leasing | 8,000 | (4,500) | - | - | - | - | 24,000 | - | - | - | - | - | 27,500 |
| Kal Partz | 15,000 | 19,954 | - | - | - | - | - | - | - | - | - | - | 34,954 |
| KVL Tires | 2,600 | - | - | - | - | - | - | - | - | - | - | - | 2,600 |
| **Total Reimbursement Receipts** | 24,000 | 18,654 | 1,436 | - | - | - | 24,000 | - | - | - | - | - | 68,690 |
| **Total Receipts** | 1,351,904 | 3,509,872 | 4,618,130 | 5,373,406 | 3,718,743 | 3,672,637 | 4,645,524 | 4,197,502 | 4,283,060 | 4,191,547 | 5,006,778 | 3,663,989 | 48,233,090 |
| **Cost of Sales** | | | | | | | | | | | | | |
| Fuel Expense | 346,574 | 807,026 | 1,044,052 | 982,472 | 984,677 | 959,465 | 1,230,871 | 1,263,654 | 304,080 | 626,426 | 1,039,655 | 770,244 | 10,359,195 |
| Carrier Pay | 450,257 | 1,380,358 | 1,484,254 | 1,142,482 | 1,521,993 | 1,248,437 | 1,352,523 | 1,303,722 | 1,480,121 | 1,371,345 | 1,672,597 | 19,500 | 14,427,589 |
| Truck Maintenance Costs | - | 43,067 | 20,043 | 46,985 | 22,420 | (10,919) | 50,313 | 1,575 | 4,289 | 63,504 | 18,854 | 229,189 | 489,320 |
| Truck Maintenance Costs to Protec Repair | 227,230 | 207,661 | 229,789 | 226,002 | 139,124 | 219,299 | - | 345,069 | 309,184 | 224,641 | 362,298 | 81,355 | 2,571,650 |
| Freight Costs | 515 | 83,951 | 128,075 | 71,529 | 172,054 | - | 113,996 | 500 | 163,350 | 151,705 | 213,700 | - | 1,099,375 |
| SPG Prepaid Expense | - | - | - | - | - | - | - | - | 300,000 | - | - | - | 300,000 |
| Other Direct Expense | 28,110 | - | 16,584 | 3,881 | - | 2,532 | 3,499 | 2,745 | 5,250 | 4,010 | 8,585 | 1,733 | 76,928 |
| Cost of Sales to Affiliated Entities | | | | | | | | | | | | | |
| Truck Maintenance Costs to Kal Partz | - | 21,000 | - | - | - | - | - | - | - | - | - | - | 21,000 |
| Truck Maintenance Costs to KVL Tires | - | - | - | 3,000 | - | - | - | - | - | - | - | - | 3,000 |
| **Total Cost of Sales** | 1,052,685 | 2,543,064 | 2,922,796 | 2,476,351 | 2,840,268 | 2,418,814 | 2,751,202 | 2,917,265 | 2,566,273 | 2,441,630 | 3,315,689 | 2,581,607 | 30,827,643 |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Payroll and Benefits | 172,502 | 56,461 | 165,533 | 46,543 | 37,128 | 221,713 | 42,238 | 196,489 | 35,456 | 197,921 | 50,655 | 214,415 | 1,437,053 |
| Rent and Leases | 1,000 | 16,858 | - | 240,081 | - | 15,603 | 403,507 | 243,529 | 280,264 | 261,557 | 277,589 | 188,698 | 1,928,685 |
| Selling, General and Admin. | 16,254 | 44,821 | 14,698 | 6,373 | 46,577 | 75,662 | 49,569 | 14,544 | 172,309 | 28,796 | 60,817 | 149,075 | 679,495 |
| Insurance | 850,000 | 10,241 | 597,360 | 67,157 | 6,397 | 57,749 | 118,568 | 3,226 | 10,997 | 19,759 | 544,937 | 1,028 | 2,287,417 |
| Taxes, Fees and Licenses | - | 576 | - | 22,255 | 10,468 | (10,330) | 340 | 48,645 | 2,818 | 87,185 | 1,872 | - | 163,828 |
| Telephone and Utilities | 3,224 | 778 | 4,757 | 4,536 | 8,242 | 10,121 | 14,453 | 1,669 | 5,126 | 2,709 | 14,281 | 8,707 | 78,604 |
| Utilities Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Legal & Professional Fees | - | - | - | 2,115 | - | 72 | (1,457) | 12,725 | 675 | - | - | - | 14,130 |
| Other Operating Expenses | - | 3,057 | - | 1,989 | 5,760 | 5,128 | 4,911 | 5,019 | 17,041 | 8,076 | 7,796 | 13,786 | 72,563 |
| Operating Disbursements to Affiliated Entities | | | | | | | | | | | | | |
| Telephone and Utilities to KTL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone and Utilities to KVL Tires | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | 1,042,979 | 132,792 | 782,348 | 391,049 | 114,573 | 375,719 | 632,129 | 525,845 | 524,685 | 606,003 | 957,946 | 575,708 | 6,661,776 |
| **Operating Cash Flow** | (743,760) | 834,016 | 912,986 | 2,506,005 | 763,901 | 878,104 | 1,262,193 | 754,391 | 1,192,101 | 1,143,914 | 733,144 | 506,674 | 10,743,672 |
| **Non Operating Disbursements** | | | | | | | | | | | | | |

**Kal Freight - Post-Petition Actual + Management Forecast**

| | Actual 2 12/6 [1] | Actual 3 12/13 | Actual 4 12/20 | Actual 5 12/27 | Actual 6 1/3 | Actual 7 1/10 | Actual 8 1/17 | Actual 9 1/24 | Actual 10 1/31 | Actual 11 2/7 | Actual 12 2/14 | Actual 13 2/21 | 13-Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Factoring Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense - Factoring | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense on Post Petition Loans - Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments - Triumph | - | - | - | 1,742,672 | 76,249 | 183,983 | 720,383 | 155,200 | 252,036 | 112,848 | 168,450 | - | 3,411,821 |
| Principal Payments - Other | 28,441 | (26,248) | - | - | 731 | 2,193 | 17,021 | - | - | 731 | 2,193 | - | 25,062 |
| Financing Fees | - | - | - | - | - | - | - | - | 17,862 | - | - | - | 17,862 |
| Other Non Operating Disbursements | 10,000 | (10,000) | - | - | - | - | - | - | (17,000) | - | (2,500) | - | (19,500) |
| **Total Non Operating Disbursements** | **38,441** | **(36,248)** | **-** | **1,742,672** | **76,980** | **186,176** | **737,404** | **155,200** | **252,898** | **113,579** | **168,143** | **-** | **3,435,245** |
| **Bankruptcy Costs** | | | | | | | | | | | | | |
| Filing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | - | - | - | - | - | - | - | - | 114,511 | - | - | - | 114,511 |
| Pachulski Stang Ziehl & Jones LLP | - | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 2,475,000 |
| Development Specialists, Inc. (DSI) | - | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 380,769 |
| Creditor Reporting / Additional FA - DSI | - | - | - | - | - | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 34,615 | 242,308 |
| Independent Directors | - | - | - | - | 60,000 | - | - | - | - | 60,000 | - | - | 120,000 |
| Stretto | - | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | 220,000 |
| E-Discovery | - | - | 12,500 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | (43,750) | - | - | - | 6,250 |
| Logistics Regulatory Counsel | - | - | 12,500 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 68,750 |
| Lender Professionals | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Creditors Committee | - | - | - | - | 125,000 | 25,000 | 25,000 | 50,000 | 50,000 | 50,000 | 50,000 | 375,000 |
| Other Costs | - | - | - | - | - | - | - | - | 45,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| **Total Bankruptcy Costs** | **-** | **279,615** | **304,615** | **292,115** | **352,115** | **451,731** | **351,731** | **351,731** | **486,242** | **435,481** | **375,481** | **375,481** | **4,056,338** |
| **Cash Surplus / (Shortfall)** | **(782,201)** | **590,649** | **608,371** | **471,218** | **334,806** | **240,197** | **173,059** | **247,460** | **452,961** | **594,854** | **189,520** | **131,193** | **3,252,088** |
| (Deferral) / Payment on Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance Collateral Payment [2] | - | - | - | - | - | 1,000,000 | - | - | - | - | - | - | 1,000,000 |
| Adequate Protection Payments - Lease Collections | - | 144,183 | 103,823 | 62,766 | 214,498 | 3,548 | 22,315 | 8,728 | 174,678 | 14,881 | 181,402 | 115,517 | 1,046,338 |
| Adequate Protection Payments - Other | - | 814,379 | 783,269 | 727,769 | 727,769 | 273,552 | 951,601 | 719,879 | 598,174 | 702,328 | - | - | 6,298,721 |
| Interdebtor Cash Transfer (In) / Out | - | - | 79,081 | - | (471,000) | 500 | (127,000) | (267,600) | (742,000) | - | (4,000) | - | (1,532,019) |
| **Net Cash Flow** | **$ (782,201)** | **$ (367,912)** | **$ (357,802)** | **$ (319,317)** | **$ (136,462)** | **$ (1,037,403)** | **$ (673,856)** | **$ (213,547)** | **$ 422,109** | **$ (122,355)** | **$ 12,118** | **$ 15,676** | **(3,560,952)** |
| Starting Cash | $ 588,659 | $ 856,458 | $ 1,088,545 | $ 730,743 | $ 411,426 | $ 274,964 | $ 237,562 | $ 363,705 | $ 150,159 | $ 572,267 | $ 649,913 | $ 662,031 | 588,659 |
| Personal Funding and/or Real Estate Sales [3] | 1,050,000 | 600,000 | - | - | - | 1,000,000 | 800,000 | - | 200,000 | - | - | - | 3,650,000 |
| Net Cash Flow | $(782,201) | $(367,912) | $(357,802) | $(319,317) | $(136,462) | $(1,037,403) | $(673,856) | $(213,547) | $422,109 | $(122,355) | $12,118 | $15,676 | (3,560,952) |
| **Ending Cash - Kal Freight** | **$ 856,458** | **$ 1,088,545** | **$ 730,743** | **$ 411,426** | **$ 274,964** | **$ 237,562** | **$ 363,705** | **$ 150,159** | **$ 572,267** | **$ 649,913** | **$ 662,031** | **$ 677,707** | **677,707** |

[1] Represents actual performance for the post-petition days of Week 2, specifically December 5th and 6th.

[2] The $1M insurance collateral payment was made directly by the owner. A corresponding non-cash personal funding entry for the same amount was recorded.

[3] Includes $1M of non-cash personal funding from the owner for the $1M insurance collateral payment made directly by the owner.

**Kal Trailers & Leasing Inc - Post-Petition Actual + Management Forecast**

| | Actual 2 | Actual 3 | Actual 4 | Actual 5 | Actual 6 | Actual 7 | Actual 8 | Actual 9 | Actual 10 | Actual 11 | Actual 12 | Actual 13 | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week | | | | | | | | | | | | | |
| Week Ending | 12/6 [1] | 12/13 | 12/20 | 12/27 | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | Total |
| **Revenue Receipts** | | | | | | | | | | | | | |
| Lease Collection from Third Parties | $ 142,774 | $ 32,917 | $ 153,575 | $ 48,270 | $ 8,170 | $ 17,037 | $ - | $ 10,785 | $ 14,793 | $ 3,641 | $ 8,560 | $ 130,023 | $ 570,546 |
| **Total Revenue Receipts** | **142,774** | **32,917** | **153,575** | **48,270** | **8,170** | **17,037** | **-** | **10,785** | **14,793** | **3,641** | **8,560** | **130,023** | **570,546** |
| **Expense Reimbursement Receipts** | | | | | | | | | | | | | |
| Kal Freight | - | 4,500 | - | - | - | - | - | - | - | - | - | - | 4,500 |
| Kal Partz | - | - | - | - | - | - | - | - | - | - | - | - | - |
| KVL Tires | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Reimbursement Receipts** | **-** | **4,500** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **4,500** |
| **Total Receipts** | **142,774** | **37,417** | **153,575** | **48,270** | **8,170** | **17,037** | **-** | **10,785** | **14,793** | **3,641** | **8,560** | **130,023** | **575,046** |
| **Cost of Sales** | | | | | | | | | | | | | |
| Cost of Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Sales** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Payroll and Benefits | 2,876 | - | 2,641 | - | - | 3,512 | - | - | - | - | - | - | 9,029 |
| Rent and Leases | - | 5,000 | - | - | - | - | - | - | 10,000 | - | - | - | 15,000 |
| Selling, General and Admin. | 3,007 | 3,590 | 1,167 | 78 | (10,279) | - | 589 | 2,491 | 123 | 516 | 873 | 1,765 | 3,920 |
| Insurance | - | - | 6,379 | 612 | - | - | 23 | (6,358) | 69 | - | - | 16 | 742 |
| Telephone and Utilities | - | - | 787 | 98 | 1,764 | - | - | - | - | - | - | 1,745 | 4,393 |
| Utilities Deposit | - | - | - | - | 3,702 | - | - | - | - | - | - | - | 3,702 |
| Legal & Professional Fees | - | - | - | 110 | - | - | - | - | - | - | - | - | 110 |
| Other Operating Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Operating Disbursements to Affiliated Entities | | | | | | | | | | | | | |
| Rent and Leases to Kal Freight | - | - | - | - | - | - | 24,000 | - | - | - | - | - | 24,000 |
| Selling, General and Admin. to Kal Freight | 2,800 | - | - | - | - | - | - | - | - | - | - | - | 2,800 |
| Telephone and Utilities to Kal Freight | 5,200 | - | - | - | - | - | - | - | - | - | - | - | 5,200 |
| Telephone and Utilities to KVL Tires | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | **13,883** | **8,590** | **10,974** | **898** | **(4,813)** | **3,512** | **24,613** | **(3,866)** | **10,192** | **516** | **873** | **3,526** | **68,897** |
| **Operating Cash Flow** | **128,892** | **28,827** | **142,601** | **47,372** | **12,983** | **13,525** | **(24,613)** | **14,652** | **4,601** | **3,125** | **7,687** | **126,498** | **506,149** |
| **Non Operating Disbursements** | | | | | | | | | | | | | |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Factoring Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense - Factoring | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense on Post Petition Loans - Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments - Triumph | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Financing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non Operating Disbursements | 183,000 | (183,000) | - | - | - | - | - | - | - | (500) | - | - | (500) |
| **Total Non Operating Disbursements** | **183,000** | **(183,000)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(500)** | **-** | **-** | **(500)** |
| **Bankruptcy Costs** | | | | | | | | | | | | | |
| Filing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | - | - | - | - | - | - | - | - | 250 | - | - | - | 250 |
| Pachulski Stang Ziehl & Jones LLP | | | | | | | | | | | | | - |
| Development Specialists, Inc. (DSI) | | | | | | | | | | | | | - |
| Creditor Reporting / Additional FA - DSI | | | | | | | | | | | | | - |

Kal Trailers & Leasing Inc - Post-Petition Actual + Management Forecast

| Week | Actual 2 | Actual 3 | Actual 4 | Actual 5 | Actual 6 | Actual 7 | Actual 8 | Actual 9 | Actual 10 | Actual 11 | Actual 12 | Actual 13 | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 12/6 [1] | 12/13 | 12/20 | 12/27 | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | Total |
| Independent Directors | | | | | | | | | | | | | - |
| Stretto | | | | | | | | | | | | | - |
| E-Discovery | | | See Kal Freight Budget | | | | | | | | | | - |
| Logistics Regulatory Counsel | | | | | | | | | | | | | - |
| Lender Professionals | | | | | | | | | | | | | - |
| Creditors Committee | | | | | | | | | | | | | - |
| Other Costs | | | | | | | | | | | | | - |
| **Total Bankruptcy Costs** | - | - | - | - | - | - | - | - | 250 | - | - | - | 250 |
| **Cash Surplus / (Shortfall)** | (54,108) | 211,827 | 142,601 | 47,372 | 12,983 | 13,525 | (24,613) | 14,652 | 4,351 | 3,625 | 7,687 | 126,498 | 506,399 |
| (Deferral) / Payment on Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance Collateral Payment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments - Lease Collections | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments - Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interdebtor Cash Transfer (In) / Out | - | - | (79,081) | - | 539,000 | 50,000 | 400,000 | 20,400 | 508,000 | - | - | 18,500 | 1,456,819 |
| **Net Cash Flow** | $ (54,108) | $ 211,827 | $ 221,682 | $ 47,372 | $ (526,017) | $ (36,475) | $ (424,613) | $ (5,748) | $ (503,649) | $ 3,625 | $ 7,687 | $ 107,998 | $ (950,420) |
| Starting Cash | $ 175,958 | $ 121,850 | $ 333,677 | $ 555,358 | $ 602,730 | $ 76,713 | $ 40,238 | $ 15,626 | $ 9,877 | $ 6,228 | $ 9,854 | $ 17,541 | $ 175,958 |
| Personal Funding and/or Real Estate Sales | - | - | - | - | - | - | 400,000 | - | 500,000 | - | - | - | 900,000 |
| Net Cash Flow | $ (54,108) | $ 211,827 | $ 221,682 | $ 47,372 | $ (526,017) | $ (36,475) | $ (424,613) | $ (5,748) | $ (503,649) | $ 3,625 | $ 7,687 | $ 107,998 | $ (950,420) |
| **Ending Cash** | $ 121,850 | $ 333,677 | $ 555,358 | $ 602,730 | $ 76,713 | $ 40,238 | $ 15,626 | $ 9,877 | $ 6,228 | $ 9,854 | $ 17,541 | $ 125,539 | 125,539 |

[1] Represents actual performance for the post-petition days of Week 2, specifically December 5th and 6th.

**Kal Partz Inc - Post-Petition Actual + Management Forecast**

| | Actual 2 12/6 [1] | Actual 3 12/13 | Actual 4 12/20 | Actual 5 12/27 | Actual 6 1/3 | Actual 7 1/10 | Actual 8 1/17 | Actual 9 1/24 | Actual 10 1/31 | Actual 11 2/7 | Actual 12 2/14 | Actual 13 2/21 | 13-Week Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Receipts** | | | | | | | | | | | | | |
| Sale of Product to Third Parties | $ 3,646 | $ 42,634 | $ 14,907 | $ 9,722 | $ 2,904 | $ - | $ 22,680 | $ - | $ 2,191 | $ 1,999 | $ 29 | $ - | 100,712 |
| Interest from Post Petition Loans - Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale to Affiliated Entities | | | | | | | | | | | | | |
| Sale to Kal Freight | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Revenue Receipts** | **3,646** | **42,634** | **14,907** | **9,722** | **2,904** | **-** | **22,680** | **-** | **2,191** | **1,999** | **29** | **-** | **100,712** |
| **Expense Reimbursement Receipts** | | | | | | | | | | | | | |
| **Total Reimbursement Receipts** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Receipts** | **3,646** | **42,634** | **14,907** | **9,722** | **2,904** | **-** | **22,680** | **-** | **2,191** | **1,999** | **29** | **-** | **100,712** |
| **Cost of Sales** | | | | | | | | | | | | | |
| Cost of Sales | - | 20,000 | - | - | - | - | - | - | - | - | - | - | 20,000 |
| **Total Cost of Sales** | **-** | **20,000** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **20,000** |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Payroll and Benefits | 12,324 | 1,348 | 3,841 | - | 3,110 | 4,427 | - | 5,707 | 1,433 | 4,805 | 1,601 | 4,203 | 42,799 |
| Selling, General and Admin. | - | - | 889 | - | 1,619 | - | 738 | - | - | 310 | - | 1,908 | 5,464 |
| Insurance | - | 4,239 | 132 | 60 | - | - | 189 | - | 63 | - | - | 59 | 4,742 |
| Taxes, Fees and Licenses | - | - | - | 119 | - | - | - | - | - | 186 | - | - | 305 |
| Repair & Maintenance | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Expenses | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Operating Disbursements to Affiliated Entities | | | | - | | | | | | | | | - |
| Rent and Leases to Kal Freight | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Selling, General and Admin. to Kal Freight | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance to Kal Freight | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone and Utilities to Kal Freight | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone and Utilities to KTL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone and Utilities to KVL Tires | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | **12,324** | **5,587** | **4,862** | **179** | **4,729** | **4,427** | **927** | **5,707** | **1,496** | **5,301** | **1,601** | **6,170** | **53,310** |
| **Operating Cash Flow** | **(8,678)** | **17,047** | **10,044** | **9,542** | **(1,825)** | **(4,427)** | **21,753** | **(5,707)** | **695** | **(3,302)** | **(1,572)** | **(6,170)** | **27,402** |
| **Non Operating Disbursements** | | | | | | | | | | | | | |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Factoring Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense - Factoring | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense on Post Petition Loans - Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments - Triumph | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Financing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non Operating Disbursements | 61,000 | (67,000) | - | - | - | - | - | - | - | (8,200) | - | (7,000) | (21,200) |
| **Total Non Operating Disbursements** | **61,000** | **(67,000)** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **(8,200)** | **-** | **(7,000)** | **(21,200)** |
| **Bankruptcy Costs** | | | | | | | | | | | | | |
| Filing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | - | - | - | - | - | - | - | - | 250 | - | - | - | 250 |
| Pachulski Stang Ziehl & Jones LLP | | | | | | | | | | | | | |
| Development Specialists, Inc. (DSI) | | | | | | | | | | | | | |

**Kal Partz Inc - Post-Petition Actual + Management Forecast**

| Week<br>Week Ending | Actual<br>2<br>12/6 [1] | Actual<br>3<br>12/13 | Actual<br>4<br>12/20 | Actual<br>5<br>12/27 | Actual<br>6<br>1/3 | Actual<br>7<br>1/10 | Actual<br>8<br>1/17 | Actual<br>9<br>1/24 | Actual<br>10<br>1/31 | Actual<br>11<br>2/7 | Actual<br>12<br>2/14 | Actual<br>13<br>2/21 | 13-Week<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Creditor Reporting / Additional FA - DSI | | | | | | | | | | | | | - |
| Independent Directors | | | | | | | | | | | | | - |
| Stretto | | | | | See Kal Freight Budget | | | | | | | | - |
| E-Discovery | | | | | | | | | | | | | - |
| Logistics Regulatory Counsel | | | | | | | | | | | | | - |
| Lender Professionals | | | | | | | | | | | | | - |
| Creditors Committee | | | | | | | | | | | | | - |
| Other Costs | | | | | | | | | | | | | - |
| **Total Bankruptcy Costs** | - | - | - | - | - | - | - | - | 250 | - | - | - | 250 |
| | | | | | | | | | | | | | |
| **Cash Surplus / (Shortfall)** | (69,678) | 84,047 | 10,044 | 9,542 | (1,825) | (4,427) | 21,753 | (5,707) | 445 | 4,898 | (1,572) | 830 | 48,352 |
| | | | | | | | | | | | | | |
| (Deferral) / Payment on Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance Collateral Payment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments - Lease Collections | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments - Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interdebtor Cash Transfer (In) / Out | - | - | - | - | 94,400 | (500) | - | 18,400 | - | - | 4,300 | (2,000) | 114,600 |
| **Net Cash Flow** | $ (69,678) | $ 84,047 | $ 10,044 | $ 9,542 | $ (96,225) | $ (3,927) | $ 21,753 | $ (24,107) | $ 445 | $ 4,898 | $ (5,872) | $ 2,830 | $ (66,248) |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Starting Cash | $ 70,760 | $ 1,082 | $ 85,128 | $ 95,173 | $ 104,715 | $ 8,490 | $ 4,563 | $ 26,317 | $ 2,210 | $ 2,656 | $ 7,553 | $ 1,682 | $ 70,760 |
| Personal Funding and/or Real Estate Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow | $ (69,678) | $ 84,047 | $ 10,044 | $ 9,542 | $ (96,225) | $ (3,927) | $ 21,753 | $ (24,107) | $ 445 | $ 4,898 | $ (5,872) | $ 2,830 | $ (66,248) |
| **Ending Cash** | $ 1,082 | $ 85,128 | $ 95,173 | $ 104,715 | $ 8,490 | $ 4,563 | $ 26,317 | $ 2,210 | $ 2,656 | $ 7,553 | $ 1,682 | $ 4,512 | 4,512 |

[1] Represents actual performance for the post-petition days of Week 2, specifically December 5th and 6th.

**KVL Tires Inc - Post-Petition Actual + Management Forecast**

| | Actual 2 | Actual 3 | Actual 4 | Actual 5 | Actual 6 | Actual 7 | Actual 8 | Actual 9 | Actual 10 | Actual 11 | Actual 12 | Actual 13 | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week | | | | | | | | | | | | | |
| Week Ending | 12/6 [1] | 12/13 | 12/20 | 12/27 | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | Total |
| **Revenue Receipts** | | | | | | | | | | | | | |
| Sale of Product to Third Parties | $ 8,527 | $ 11,743 | $ 7,546 | $ - | $ 35,687 | $ 5,585 | $ 2,072 | $ 4,125 | $ - | $ 3,112 | $ - | $ - | 78,397 |
| Load Sales from Kal Way | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest from Post Petition Loans - Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Sale to Affiliated Entities | | | | | | | | | | | | | - |
| Sale to Kal Freight | - | - | - | 3,000 | - | - | - | - | - | - | - | - | 3,000 |
| **Total Revenue Receipts** | **8,527** | **11,743** | **7,546** | **3,000** | **35,687** | **5,585** | **2,072** | **4,125** | **-** | **3,112** | **-** | **-** | **81,397** |
| **Expense Reimbursement Receipts** | | | | | | | | | | | | | |
| Kal Freight | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Kal Trailers & Leasing | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Kal Partz | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Reimbursement Receipts** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Total Receipts** | **8,527** | **11,743** | **7,546** | **3,000** | **35,687** | **5,585** | **2,072** | **4,125** | **-** | **3,112** | **-** | **-** | **81,397** |
| **Cost of Sales** | | | | | | | | | | | | | |
| Freight Costs | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Cost of Sales to Affiliated Entities | | | | | | | | | | | | | - |
| KVL Freight Costs Payment to Kal Freight | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Cost of Sales** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** | **-** |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Rent and Leases | - | - | - | - | - | 63,000 | - | - | - | - | - | - | 63,000 |
| Selling, General and Admin. | - | - | 1,765 | 90 | 223,415 | 625 | 643 | 2,441 | 3,418 | 42 | - | 98 | 232,538 |
| Insurance | - | - | 16 | 16,278 | - | (401) | 16 | - | - | - | - | 13,711 | 29,621 |
| Telephone and Utilities | - | - | 100 | - | - | (75) | - | - | 1,524 | - | 2,379 | 1,328 | 5,257 |
| Utilities Deposit | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Operating Expenses | 2,929 | - | - | - | - | - | - | - | 2,005 | - | - | - | 4,933 |
| Operating Disbursements to Affiliated Entities | | | | | | | | | | | | | |
| Insurance to Kal Freight | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Telephone and Utilities to Kal Freight | 2,600 | - | - | - | - | - | - | - | - | - | - | - | 2,600 |
| Telephone and Utilities to KTL | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Operating Disbursements** | **5,529** | **-** | **1,881** | **16,368** | **223,415** | **63,150** | **659** | **2,441** | **6,947** | **42** | **2,379** | **15,138** | **337,949** |
| **Operating Cash Flow** | **2,999** | **11,743** | **5,664** | **(13,368)** | **(187,728)** | **(57,565)** | **1,413** | **1,684** | **(6,947)** | **3,070** | **(2,379)** | **(15,138)** | **(256,552)** |
| **Non Operating Disbursements** | | | | | | | | | | | | | |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Factoring Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense - Factoring | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense on Post Petition Loans - Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments - Triumph | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Financing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non Operating Disbursements | 28,000 | (28,000) | - | - | - | - | - | - | (196,800) | - | - | - | (196,800) |
| **Total Non Operating Disbursements** | **28,000** | **(28,000)** | **-** | **-** | **-** | **-** | **-** | **-** | **(196,800)** | **-** | **-** | **-** | **(196,800)** |
| **Bankruptcy Costs** | | | | | | | | | | | | | |
| Filing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | - | - | - | - | - | - | - | - | 978 | - | - | - | 978 |

**KVL Tires Inc - Post-Petition Actual + Management Forecast**

| | Actual 2 | Actual 3 | Actual 4 | Actual 5 | Actual 6 | Actual 7 | Actual 8 | Actual 9 | Actual 10 | Actual 11 | Actual 12 | Actual 13 | 13-Week |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Week Ending | 12/6 [1] | 12/13 | 12/20 | 12/27 | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | Total |
| Pachulski Stang Ziehl & Jones LLP | | | | | | | | | | | | | - |
| Development Specialists, Inc. (DSI) | | | | | | | | | | | | | - |
| Creditor Reporting / Additional FA - DSI | | | | | | | | | | | | | - |
| Independent Directors | | | | | | | | | | | | | - |
| Stretto | | | | | See Kal Freight Budget | | | | | | | | - |
| E-Discovery | | | | | | | | | | | | | - |
| Logistics Regulatory Counsel | | | | | | | | | | | | | - |
| Lender Professionals | | | | | | | | | | | | | - |
| Creditors Committee | | | | | | | | | | | | | - |
| Other Costs | | | | | | | | | | | | | - |
| **Total Bankruptcy Costs** | - | - | - | - | - | - | - | - | 978 | - | - | - | 978 |
| | | | | | | | | | | | | | |
| **Cash Surplus / (Shortfall)** | (25,001) | 39,743 | 5,664 | (13,368) | (187,728) | (57,565) | 1,413 | 1,684 | 188,875 | 3,070 | (2,379) | (15,138) | (60,730) |
| | | | | | | | | | | | | | |
| (Deferral) / Payment on Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance Collateral Payment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments - Lease Collections | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments - Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interdebtor Cash Transfer (In) / Out | - | - | - | - | (162,400) | (50,000) | (273,000) | 229,300 | 234,000 | - | - | (15,000) | (37,100) |
| **Net Cash Flow** | $ (25,001) | $ 39,743 | $ 5,664 | $ (13,368) | $ (25,328) | $ (7,565) | $ 274,413 | $ (227,616) | $ (45,125) | $ 3,070 | $ (2,379) | $ (138) | (23,630) |
| | | | | | | | | | | | | | |
| | | | | | | | | | | | | | |
| Starting Cash | $ 28,899 | $ 3,898 | $ 43,640 | $ 49,305 | $ 35,937 | $ 10,609 | $ 3,044 | $ 277,457 | $ 49,841 | $ 4,716 | $ 7,786 | $ 5,407 | $ 28,899 |
| Personal Funding and/or Real Estate Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow | $ (25,001) | $ 39,743 | $ 5,664 | $ (13,368) | $ (25,328) | $ (7,565) | $ 274,413 | $ (227,616) | $ (45,125) | $ 3,070 | $ (2,379) | $ (138) | $ (23,630) |
| **Ending Cash** | $ 3,898 | $ 43,640 | $ 49,305 | $ 35,937 | $ 10,609 | $ 3,044 | $ 277,457 | $ 49,841 | $ 4,716 | $ 7,786 | $ 5,407 | $ 5,269 | 5,269 |

[1] Represents actual performance for the post-petition days of Week 2, specifically December 5th and 6th.

**Kal Aviation LLC - Post-Petition Actual + Management Forecast**

| | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | |
| Week | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 13-Week |
| Week Ending | 12/6 [1] | 12/13 | 12/20 | 12/27 | 1/3 | 1/10 | 1/17 | 1/24 | 1/31 | 2/7 | 2/14 | 2/21 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenue Receipts** | | | | | | | | | | | | | |
| Total Revenue Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Expense Reimbursement Receipts** | | | | | | | | | | | | | |
| Total Reimbursement Receipts | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Total Receipts** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Cost of Sales** | | | | | | | | | | | | | |
| Total Cost of Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Operating Disbursements** | | | | | | | | | | | | | |
| Selling, General and Admin. | - | 235 | - | - | - | 235 | 62 | - | - | - | - | - | 532 |
| **Total Operating Disbursements** | - | **235** | - | - | - | **235** | **62** | - | - | - | - | - | **532** |
| | | | | | | | | | | | | | |
| **Operating Cash Flow** | - | **(235)** | - | - | - | **(235)** | **(62)** | - | - | - | - | - | **(532)** |
| | | | | | | | | | | | | | |
| **Non Operating Disbursements** | | | | | | | | | | | | | |
| Capital Expenditures | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Factoring Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense - Factoring | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interest Expense on Post Petition Loans - Intercompany | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments - Triumph | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Principal Payments | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Financing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Other Non Operating Disbursements | - | - | - | - | - | - | - | - | - | - | - | - | - |
| **Total Non Operating Disbursements** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Bankruptcy Costs** | | | | | | | | | | | | | |
| Filing Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| UST Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Pachulski Stang Ziehl & Jones LLP | | | | | | | | | | | | | - |
| Development Specialists, Inc. (DSI) | | | | | | | | | | | | | - |
| Creditor Reporting / Additional FA - DSI | | | | | | | | | | | | | - |
| Independent Directors | | | | | See Kal Freight Budget | | | | | | | | - |
| Stretto | | | | | | | | | | | | | - |
| E-Discovery | | | | | | | | | | | | | - |
| Logistics Regulatory Counsel | | | | | | | | | | | | | - |
| Lender Professionals | | | | | | | | | | | | | - |
| Creditors Committee | | | | | | | | | | | | | - |
| Other Costs | | | | | | | | | | | | | - |
| **Total Bankruptcy Costs** | - | - | - | - | - | - | - | - | - | - | - | - | - |
| | | | | | | | | | | | | | |
| **Cash Surplus / (Shortfall)** | - | **(235)** | - | - | - | **(235)** | **(62)** | - | - | - | - | - | **(532)** |
| | | | | | | | | | | | | | |
| (Deferral) / Payment on Professional Fees | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Insurance Collateral Payment | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments - Lease Collections | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Adequate Protection Payments - Other | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Interdebtor Cash Transfer (In) / Out | - | - | - | - | - | - | (500) | - | - | - | - | - | (500) |

**Kal Aviation LLC - Post-Petition Actual + Management Forecast**

| Week<br>Week Ending | Actual<br>2<br>12/6 [1] | Actual<br>3<br>12/13 | Actual<br>4<br>12/20 | Actual<br>5<br>12/27 | Actual<br>6<br>1/3 | Actual<br>7<br>1/10 | Actual<br>8<br>1/17 | Actual<br>9<br>1/24 | Actual<br>10<br>1/31 | Actual<br>11<br>2/7 | Actual<br>12<br>2/14 | Actual<br>13<br>2/21 | 13-Week<br>Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Cash Flow** | $    - | $   (235) | $    - | $    - | $    - | $   (235) | $   (62) | $   500 | $    - | $    - | $    - | $    - | $   (32) |
| | | | | | | | | | | | | | |
| Starting Cash | $   308 | $   308 | $   73 | $   73 | $   73 | $   73 | $   (162) | $   (224) | $   276 | $   276 | $   276 | $   276 | $   308 |
| Personal Funding and/or Real Estate Sales | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Cash Flow | $    - | $   (235) | $    - | $    - | $    - | $   (235) | $   (62) | $   500 | $    - | $    - | $    - | $    - | $   (32) |
| **Ending Cash** | $   **308** | $   **73** | $   **73** | $   **73** | $   **73** | $   **(162)** | $   **(224)** | $   **276** | $   **276** | $   **276** | $   **276** | $   **276** | **276** |

[1] Represents actual performance for the post-petition days of Week 2, specifically December 5th and 6th.

# Exhibit B

Original Wind-Down Budget

**Kal Group of Companies - Consolidated Post-Petition Transition to New Co. Winddown Forecast**
Assumes winddown begins on March 12, sale closing on April 4 and effective date of April 11, 2025

| Forecast | | Windown | | | | Effective Date | |
| Week | Forecast 1 | Forecast 2 | Forecast 3 | Forecast 4 | Forecast 5 | Forecast 6 | |
| Week Ending | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 | Total |
|---|---|---|---|---|---|---|---|
| **Revenue Receipts** | | | | | | | |
| Kal Freight Trucking Income - Factored [1] | $ 610,000 | $ 610,000 | $ 420,000 | $ 240,000 | $ 130,000 | $ - | $ 2,010,000 |
| SPG Transportation Inc Trucking Income | 2,819,000 | 2,819,000 | 2,311,000 | 2,129,000 | 2,059,000 | - | 12,137,000 |
| Pro Tec Inc Trucking Income | 320,000 | 288,000 | 266,000 | 186,000 | 74,000 | - | 1,134,000 |
| KVL Sale of Product to Third Parties [2] | - | - | - | 500,000 | 500,000 | - | 1,000,000 |
| Sale of Pick up Trucks | - | 660,000 | - | - | - | - | 660,000 |
| Kal Freight / KTL Lease Collection from Third Parties | 94,000 | 94,000 | 194,000 | 94,000 | 194,000 | - | 670,000 |
| New Co. Transition Services Agreement [3] | - | - | - | - | - | 538,000 | 538,000 |
| **Total Revenue Receipts** | **3,843,000** | **4,471,000** | **3,191,000** | **3,149,000** | **2,957,000** | **538,000** | **18,149,000** |
| | | | | | | | |
| **Cost of Sales** | | | | | | | |
| Fuel Expense | 900,000 | 892,000 | 719,000 | 613,000 | 243,000 | - | 3,367,000 |
| Carrier Pay | 1,500,000 | 1,487,000 | 1,199,000 | 1,022,000 | 905,000 | - | 6,113,000 |
| Truck Maintenance Costs | 19,000 | 19,000 | 19,000 | - | - | - | 57,000 |
| Truck Maintenance Costs to Pro Tec Inc | 80,000 | 80,000 | 75,000 | 50,000 | 40,000 | - | 325,000 |
| Warehouse Services to Pro Tec Inc | 85,000 | 85,000 | 80,000 | 60,000 | 30,000 | - | 340,000 |
| Security Services to Pro Tec Inc | 24,200 | 24,200 | 24,200 | 24,200 | 24,200 | - | 121,000 |
| Admin & Other Services to Pro Tec Inc | 42,000 | 42,000 | 42,000 | 42,000 | 42,000 | - | 210,000 |
| Freight Costs (Relay/Back Haul) | 180,000 | 150,000 | 100,000 | 50,000 | 20,000 | - | 500,000 |
| Other Direct Expense | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | - | 25,000 |
| **Total Cost of Sales** | **2,835,200** | **2,784,200** | **2,263,200** | **1,866,200** | **1,309,200** | **-** | **11,058,000** |
| *% of Trucking Income* | *76%* | *75%* | *76%* | *73%* | *58%* | | |
| | | | | | | | |
| **Operating Disbursements** | | | | | | | |
| Payroll and Benefits | - | 250,000 | - | 250,000 | 125,000 | - | 625,000 |
| Equipment Lease | 58,000 | - | 139,000 | - | - | - | 197,000 |
| Real Property Rent - Ongoing Operations | 343,250 | 343,250 | - | - | 94,728 | - | 781,228 |
| Selling, General and Admin. | 142,000 | 138,000 | 190,000 | 80,000 | 40,000 | - | 590,000 |
| Kal Group - Back Office | - | - | - | 140,000 | - | - | 140,000 |
| New Co. Transition Services Agreement [3] | - | - | - | - | - | 60,000 | 60,000 |
| Insurance - Auto Liability Premiums | 171,000 | - | 444,000 | - | - | - | 615,000 |
| Insurance - Deductible Demand [4] | - | - | 500,000 | 500,000 | - | - | 1,000,000 |
| Insurance - Collateral [4] | - | - | - | 500,000 | 500,000 | - | 1,000,000 |
| Insurance - Claim Reserve | 150,000 | - | - | - | 150,000 | - | 300,000 |
| Taxes, Fees and Licenses | 5,000 | 5,000 | 40,000 | 5,000 | 2,000 | - | 57,000 |
| Telephone and Utilities | - | - | - | 18,000 | - | - | 18,000 |
| Other Operating Expenses | 20,000 | 20,000 | 20,000 | 20,000 | 20,000 | - | 100,000 |
| AP & Other Accrued Expenses [5] | 237,000 | 394,000 | 394,000 | 316,000 | 237,000 | - | 1,578,000 |
| **Total Operating Disbursements** | **1,126,250** | **1,150,250** | **1,727,000** | **1,829,000** | **1,168,728** | **60,000** | **7,061,228** |
| | | | | | | | |
| **Operating Cash Flow** | **(118,450)** | **536,550** | **(799,200)** | **(546,200)** | **479,072** | **478,000** | **29,772** |

**Kal Group of Companies - Consolidated Post-Petition Transition to New Co. Winddown Forecast**
Assumes winddown begins on March 12, sale closing on April 4 and effective date of April 11, 2025

| Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Effective Date Forecast | |
|---|---|---|---|---|---|---|---|
| Week | 1 | 2 | 3 | 4 | 5 | 6 | |
| Week Ending | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 | Total |
| **Winddown & Non Operating Disbursements** | | | | | | | |
| Carrier Costs for Collateral Return | - | 15,000 | 15,000 | 20,000 | 20,000 | 20,000 | 90,000 |
| Employee Termination Costs / PTO | - | - | - | - | - | 250,000 | 250,000 |
| Ordinary Course Professionals | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 15,000 | 90,000 |
| Liquidating Trust Funding | - | - | - | - | - | 100,000 | 100,000 |
| **Total Winddown & Non Operating Disbursements** | **15,000** | **30,000** | **30,000** | **35,000** | **35,000** | **385,000** | **530,000** |
| **Bankruptcy Costs** | | | | | | | |
| UST Fees | - | - | - | - | 263,000 | 263,000 | 526,000 |
| Pachulski Stang Ziehl & Jones LLP | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 1,350,000 |
| Development Specialists, Inc. (DSI) | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 450,000 |
| Independent Directors | 60,000 | - | - | - | 60,000 | - | 120,000 |
| Stretto | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 180,000 |
| Stretto - Costs | 18,000 | 18,000 | 18,000 | 18,000 | 18,000 | 160,000 | 250,000 |
| Creditors Committee [6] | 100,000 | 100,000 | 200,000 | 200,000 | 200,000 | 200,000 | 1,000,000 |
| Other Costs | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 210,000 |
| **Total Bankruptcy Costs** | **543,000** | **483,000** | **583,000** | **583,000** | **906,000** | **988,000** | **4,086,000** |
| **Cash Surplus / (Shortfall)** | **(676,450)** | **23,550** | **(1,412,200)** | **(1,164,200)** | **(461,928)** | **(895,000)** | **(4,586,228)** |
| Adequate Protection Payments - Lease Collections | 94,000 | 94,000 | 194,000 | 94,000 | 194,000 | - | 670,000 |
| Adequate Protection Payments - Other [2] | 350,000 | - | - | 250,000 | 250,000 | - | 850,000 |
| **Adequate Protection Total** | **444,000** | **94,000** | **194,000** | **344,000** | **444,000** | **-** | **1,520,000** |
| **Net Cash Flow** | **$ (1,120,450)** | **$ (70,450)** | **$ (1,606,200)** | **$ (1,508,200)** | **$ (905,928)** | **$ (895,000)** | **$ (6,106,228)** |
| Starting Cash - Unrestricted | $ 457,541 | $ 137,091 | $ 2,304,641 | $ 1,748,441 | $ 490,241 | $ (165,687) | $ 457,541 |
| Starting Cash - Restricted | - | - | 188,000 | 188,000 | 188,000 | 188,000 | - |
| **Starting Cash - Total** | **457,541** | **137,091** | **2,492,641** | **1,936,441** | **678,241** | **22,313** | **457,541** |
| Net Cash Flow | (1,120,450) | (70,450) | (1,606,200) | (1,508,200) | (905,928) | (895,000) | (6,106,228) |
| Principal Contribution [7] | 800,000 | 800,000 | 800,000 | - | - | - | 2,400,000 |
| Daimler Contribution | - | 1,000,000 | - | - | - | - | 1,000,000 |
| TBK Bank Contribution | - | 250,000 | 250,000 | 250,000 | 250,000 | 250,000 | 1,250,000 |
| Bank of America Contribution | - | 250,000 | - | - | - | - | 250,000 |
| Wells Fargo Contribution | - | 126,000 | - | - | - | - | 126,000 |
| Proceeds of Sale of Unencumbered Trailers | - | - | - | - | - | 925,000 | 925,000 |
| Trip Portfolio Receivable [8] | - | - | - | - | - | - | - |
| *Change in Cash* | *(320,450)* | *2,355,550* | *(556,200)* | *(1,258,200)* | *(655,928)* | *280,000* | *(155,228)* |
| Ending Cash - Unrestricted | 137,091 | 2,304,641 | 1,748,441 | 490,241 | (165,687) | 302,313 | 302,313 |
| Ending Cash - Restricted [9] | - | 188,000 | 188,000 | 188,000 | 188,000 | - | - |
| **Ending Cash - Total** | **$ 137,091** | **$ 2,492,641** | **$ 1,936,441** | **$ 678,241** | **$ 22,313** | **$ 302,313** | **$ 302,313** |

**Kal Group of Companies - Consolidated Post-Petition Transition to New Co. Winddown Forecast**
Assumes winddown begins on March 12, sale closing on April 4 and effective date of April 11, 2025

| | | Winddown | | | | | Effective Date | |
|---|---|---|---|---|---|---|---|---|
| Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | Forecast | | |
| Week | 1 | 2 | 3 | 4 | 5 | 6 | | |
| Week Ending | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 | Total | |

*Notes to the Transition to New Co. Winddown Forecast:*

[1] Excludes any return of the additional $500K reserve held by TBK.

[2] The Debtors will retain $350,000 from the $700,000 of Candor Tires sale proceeds and shall remit the remaining $350,000 of proceeds from that sale to TBK, and thereafter shall share 50% of any additional proceeds from the sale of parts and tires collateral with TBK.

[3] Per a contemplated mutual Transition Services Agreement, New Co. will reimburse Kal Freight for the estimated $538,000 in Gross Profit generated using Debtors' assets in Week 6 of the draft budget prepared as of 3/5/25.

[4] Agreement to pay $3M ($1M payment for insurance deductible demand, $1M in collateral payment, and proceeds from the sale of Arkansas properties - not to exceed $1M) to the insurer for the full release of all claims.

[5] Includes $800K of uncleared checks as of 2/28/25, $240K of Samsara accrued invoices, and an estimated $500K of unidentified accrued expenses.

[6] Total of $375K has been funded into professional fee trust account in previous periods and $1M of fees is budgeted.

[7] Principal contribution of $1.4M, along with $1M related to unencumbered asset sales not currently listed - backed by debtors principal.

[8] $3.5M from the Trip Portfolio not included in the forecast.

[9] 50% of funding from BofA and Wells Fargo is held in escrow pending a final reconciliation of the trucks and trailers actually surrendered to BofA and Wells Fargo by the Debtor.

# **<u>Exhibit C</u>**

Wind-Down Budget Reconciliation

**Kal Group of Companies - Consolidated Post-Petition Transition to New Co. Winddown Forecast**
Assumes winddown begins on March 12, sale closing in Week 7 and effective date of April 18, 2025

| Forecast | Actual | Actual | Actual | Actual | Actual | Actual | Forecast | |
|---|---|---|---|---|---|---|---|---|
| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Week Ending | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 | 4/18 | Total |
| **Revenue Receipts** | | | | | | | | |
| Kal Freight Trucking Income - Factored | $ 616,704 | $ 682,263 | $ 348,616 | $ 454,035 | $ 152,097 | $ 75,803 | $ - | $ 2,329,516 |
| SPG Transportation Inc Trucking Income [1] | 2,665,795 | 2,648,282 | 2,542,748 | 2,413,375 | 1,457,631 | 1,699,111 | 474,000 | 13,900,942 |
| Pro Tec Inc Trucking Income | 451,017 | 305,768 | 370,007 | 482,077 | 309,020 | 261,504 | - | 2,179,394 |
| KVL Sale of Product to Third Parties | 50,000 | - | 1,172 | - | - | - | - | 51,172 |
| Sale of M&T Trailers | - | - | - | 105,000 | 420,000 | - | - | 525,000 |
| Sale of Pick up Trucks | - | - | - | - | 585,000 | 75,000 | - | 660,000 |
| Kal Freight / KTL Lease Collection from Third Parties | 250,560 | 263,163 | 226,856 | 42,175 | 68,507 | 191,250 | - | 1,042,511 |
| New Co. Transition Services Agreement | - | - | - | - | - | - | - | - |
| **Total Revenue Receipts** | **4,034,076** | **3,899,476** | **3,489,398** | **3,496,662** | **2,992,254** | **2,302,669** | **474,000** | **20,688,535** |
| | | | | | | | | |
| **Cost of Sales** | | | | | | | | |
| Fuel Expense [2] | 841,842 | 794,061 | 674,165 | 607,434 | 485,996 | 502,301 | (32,517) | 3,873,281 |
| Carrier Pay | 1,866,491 | 2,049,652 | 2,038,060 | 1,846,875 | 1,892,980 | 1,904,431 | - | 11,598,488 |
| Carrier Pay (Additional Est.) | - | - | - | - | - | - | 1,250,000 | 1,250,000 |
| Truck Maintenance Costs | 20,381 | - | 116,849 | 7,625 | 5,495 | 8,229 | - | 158,580 |
| Truck Maintenance Costs to Pro Tec Inc | 72,041 | 84,638 | 52,951 | 88,469 | 118,381 | 105,176 | - | 521,656 |
| Warehouse Services to Pro Tec Inc | 85,000 | - | - | 60,000 | 30,000 | - | - | 175,000 |
| Security Services to Pro Tec Inc | 24,200 | 24,200 | 24,200 | 24,200 | 24,200 | - | - | 121,000 |
| Admin & Other Services to Pro Tec Inc | 42,000 | - | 42,000 | 42,000 | 42,000 | - | 50,000 | 218,000 |
| Freight Costs (Relay/Back Haul) | 272,177 | 63,950 | 188,177 | 29,357 | 194,205 | 308,550 | - | 1,056,416 |
| Other Direct Expense | - | 300 | - | - | - | 503 | - | 803 |
| **Total Cost of Sales** | **3,224,131** | **3,016,801** | **3,136,403** | **2,705,960** | **2,793,257** | **2,829,190** | **1,267,483** | **18,973,225** |
| *% of Trucking Income* | *86%* | *83%* | *96%* | *81%* | *146%* | *139%* | | |
| | | | | | | | | |
| **Operating Disbursements** | | | | | | | | |
| Payroll and Benefits | 240,613 | 22,540 | 164,993 | 20,609 | 36,378 | 155,316 | 155,000 | 795,449 |
| Equipment Lease | 58,732 | - | - | 278,756 | - | - | 61,492 | 398,980 |
| Real Property Rent - Ongoing Operations | 16,526 | 218,610 | 385,915 | 13,144 | 123,218 | 12,965 | - | 770,379 |
| Real Property Rent - Ongoing Operations (New Assumption) | - | - | - | - | - | - | 160,774 | 160,774 |
| Selling, General and Admin. | 28,234 | 93,419 | 145,396 | 15,849 | 62,902 | 71,196 | - | 416,996 |
| Kal Group - Back Office | - | - | - | - | - | - | - | - |
| New Co. Transition Services Agreement | - | - | - | - | - | - | - | - |
| Insurance | 13,321 | 800,000 | 301,022 | 72,905 | 1,027 | - | 715,707 | 1,903,982 |
| Taxes, Fees and Licenses | 2,510 | 12,783 | 19,290 | 662 | 2,213 | 634 | - | 38,091 |
| Telephone and Utilities | 34,834 | 11,205 | 54,347 | 7,026 | 2,222 | 32,505 | - | 142,139 |
| Other Operating Expenses | 3,978 | 2,885 | 33 | 4,770 | 20,000 | 15,619 | - | 47,284 |
| AP & Other Accrued Expenses | - | - | - | - | 3,125 | - | 1,054,052 | 1,057,176 |
| **Total Operating Disbursements** | **398,749** | **1,161,442** | **1,070,994** | **413,721** | **251,086** | **288,234** | **2,147,024** | **5,731,249** |
| | | | | | | | | |
| **Operating Cash Flow** | **411,196** | **(278,766)** | **(717,999)** | **376,981** | **(52,088)** | **(814,756)** | **(2,940,507)** | **(4,015,939)** |

**Kal Group of Companies - Consolidated Post-Petition Transition to New Co. Winddown Forecast**
Assumes winddown begins on March 12, sale closing in Week 7 and effective date of April 18, 2025

| Forecast | Actual | Actual | Actual | Actual | Actual | Actual | Forecast | |
|---|---|---|---|---|---|---|---|---|
| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Week Ending | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 | 4/18 | Total |
| **Winddown & Non Operating Disbursements** | | | | | | | | |
| Carrier Costs for Collateral Return | - | - | - | - | - | - | - | - |
| Employee Termination Costs / PTO | - | - | - | - | - | - | 115,000 | 115,000 |
| Ordinary Course Professionals | - | - | 37,286 | - | - | - | 65,000 | 102,286 |
| Liquidating Trust Funding | - | - | - | - | - | - | - | - |
| **Total Winddown & Non Operating Disbursements** | **-** | **-** | **37,286** | **-** | **-** | **-** | **180,000** | **217,286** |
| **Bankruptcy Costs** | | | | | | | | |
| UST Fees [3] | - | - | - | - | - | - | 355,094 | 355,094 |
| Pachulski Stang Ziehl & Jones LLP | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 225,000 | 450,000 | 1,800,000 |
| Development Specialists, Inc. (DSI) | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 75,000 | 109,615 | 559,615 |
| Independent Directors | 60,000 | - | - | - | 60,000 | - | - | 120,000 |
| Stretto [4] | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 30,000 | 50,000 | 230,000 |
| Stretto - Costs | 20,000 | 18,000 | 18,000 | 18,000 | 18,000 | 160,000 | 18,000 | 270,000 |
| Creditors Committee | 50,000 | 100,000 | 200,000 | 200,000 | 200,000 | 200,000 | 200,000 | 1,150,000 |
| Other Costs | - | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 35,000 | 210,000 |
| **Total Bankruptcy Costs** | **460,000** | **483,000** | **583,000** | **583,000** | **643,000** | **725,000** | **1,217,709** | **4,694,709** |
| **Cash Surplus / (Shortfall)** | **(48,804)** | **(761,766)** | **(1,338,285)** | **(206,019)** | **(695,088)** | **(1,539,756)** | **(4,338,216)** | **(8,927,935)** |
| Adequate Protection Payments - Lease Collections | 36,706 | 112,583 | 116,918 | 162,030 | 58,581 | - | 212,187 | 699,004 |
| Adequate Protection Payments - Other | - | 110,000 | - | - | - | - | - | 110,000 |
| **Adequate Protection Total** | **36,706** | **222,583** | **116,918** | **162,030** | **58,581** | **-** | **212,187** | **809,004** |
| **Net Cash Flow From Operations** | **$ (85,510)** | **$ (984,349)** | **$ (1,455,203)** | **$ (368,049)** | **$ (753,669)** | **$ (1,539,756)** | **$ (4,550,403)** | **$ (9,736,939)** |
| Starting Cash - Unrestricted | $ 457,541 | $ 372,031 | $ 1,112,681 | $ 1,001,479 | $ 1,140,730 | $ 1,287,061 | $ 3,547,305 | $ 457,541 |
| Starting Cash - Restricted | - | - | 125,000 | 209,000 | 656,200 | 656,200 | 656,200 | - |
| **Starting Cash - Total** | **457,541** | **372,031** | **1,237,681** | **1,210,479** | **1,796,930** | **1,943,261** | **4,203,505** | **457,541** |
| Net Cash Flow From Operations | (85,510) | (984,349) | (1,455,203) | (368,049) | (753,669) | (1,539,756) | (4,550,403) | (9,736,939) |
| Unrestricted Cash: | | | | | | | | |
| Principal Contribution | - | 1,600,000 | - | - | 400,000 | 300,000 | 100,000 | 2,400,000 |
| Daimler Contribution | - | - | 1,000,000 | - | - | - | - | 1,000,000 |
| TBK Bank Contribution | - | - | 260,000 | 250,000 | 500,000 | - | - | 1,010,000 |
| Bank of America Contribution | - | 125,000 | - | - | - | - | - | 125,000 |
| Wells Fargo Contribution | - | - | 84,000 | - | - | - | - | 84,000 |
| BMO Contribution | - | - | - | 240,800 | - | - | - | 240,800 |
| TAB Bank Contribution | - | - | - | 16,500 | - | - | - | 16,500 |
| Proceeds of Sale of Unencumbered Trailers | - | - | - | - | - | - | 954,000 | 954,000 |
| Sale of 14765 Valley Blvd. | - | - | - | - | - | - | - | - |
| Trip Portfolio [5] | - | - | - | - | - | 3,500,000 | - | 3,500,000 |
| <span style="color:red">Sale of Dump Trucks and Trailers</span> | - | - | - | - | - | - | <span style="color:red">666,000</span> | <span style="color:red">666,000</span> |
| Restricted Cash: | | | | | | | | |
| Bank of America Contribution | - | 125,000 | - | - | - | - | - | 125,000 |
| Wells Fargo Contribution | - | - | 84,000 | - | - | - | - | 84,000 |
| BMO Contribution | - | - | - | 447,200 | - | - | - | 447,200 |
| *Change in Cash* | *(85,510)* | *865,651* | *(27,203)* | *586,451* | *146,331* | *2,260,244* | *(2,830,403)* | *915,561* |
| Ending Cash - Unrestricted [6] | 372,031 | 1,112,681 | 1,001,479 | 1,140,730 | 1,287,061 | 3,547,305 | 1,373,102 | 1,373,102 |
| Ending Cash - Restricted | - | 125,000 | 209,000 | 656,200 | 656,200 | 656,200 | - | - |
| **Ending Cash - Total** | **$ 372,031** | **$ 1,237,681** | **$ 1,210,479** | **$ 1,796,930** | **$ 1,943,261** | **$ 4,203,505** | **$ 1,373,102** | **$ 1,373,102** |

**Kal Group of Companies - Consolidated Post-Petition Transition to New Co. Winddown Forecast**
Assumes winddown begins on March 12, sale closing in Week 7 and effective date of April 18, 2025

| Forecast | Actual | Actual | Actual | Actual | Actual | Actual | Forecast | |
|---|---|---|---|---|---|---|---|---|
| Week | 1 | 2 | 3 | 4 | 5 | 6 | 7 | |
| Week Ending | 3/7 | 3/14 | 3/21 | 3/28 | 4/4 | 4/11 | 4/18 | Total |

*Notes to the Transition to New Co. Winddown Forecast:*

[1]: Principal owner represented that $50,000 will be contributed due to a payment to Mode Transportation made by Debtor's account.

[2] Anticipates a refund in the amount of $32,517 from Pilot.

[3]: Q1 UST Fees are estimated on draft MOR cash disbursements. UST Fees from April 1st through April 18 are estimated on cash disbursements referenced in the budget.

[4]: Stretto fees and expenses to be finalized this week, further funding to be determined.

[5]: Trip Portfolio funds released in Week 6 for operations previously not budgeted held in a DSI escrow account.

[6]: Carrier Pay checks in the amount of $292,065 cleared on 4/11/25 that created a negative ending cash balance in the Debtor's accounts but was reversed on 4/14/25. For presentation purposes, the reversal balance was added back in 4/11/25 to show a positive unrestricted cash balance of $47,306 - excluding DSI escrow held funds.

# **<u>Exhibit D</u>**

Liquidating Trust Cash Analysis as of April 9, 2016

**Kal Group**
Liquidating Trust Cash Analysis

| | | |
|---|---|---:|
| | Estimated administrative expenses through confirmation, expect for unpaid professional fees (after carve-outs) , net of cash | $ (2,940,011) |
| | Estimated unpaid UCC professional fees through confirmation | (1,500,000) |
| | Total estimated unpaid administrative expenses through confirmation | (4,440,011) |
| | Estimated cash on hand at Confirmation | |
| | Trip Portfolio Proceeds | 3,500,000 |
| | Liquidating Trust Funding | 100,000 |
| | Estimated cash from sale of Valley Blvd post-Effective Date | 1,200,000 |
| [1] | Estimated cash from sale of Arkansas property post-Effective Date | 500,000 |
| | Estimated cash from present offer of resolution of avoidance action post-Effective Date (from sale of returned property) | 3,000,000 |
| | Estimated cash from resolution or litigation of Randhawa litigation | Unknown |
| | Estimated cash from other litigation post-Effective Date | Unknown |
| | Total of cash on hand and post-Effective date liquidation of assets | 8,300,000 |
| | Total unpaid administrative claims at Confirmation | (4,440,011) |
| | Estimated asset value in excess of unpaid administrative claims | $ 3,859,989 |

*Footnotes:*

[1]   Assumed $500K recovery after $1M is paid in insurance settlement from sales proceeds.

# <u>Exhibit E</u>

Liquidating Trust Cash Analysis as of April 16, 2016

**Confidential**                                              4/16/2025                                              Page 1

**Kal Group**
Liquidating Trust Cash Analysis

| | | |
|---|---|---:|
| | Estimated administrative expenses through effective date, except for unpaid professional fees (after carve-outs) , net of cash | $ (1,570,384) |
| | Estimated unpaid UCC professional fees through confirmation | (1,500,000) |
| | Total estimated unpaid administrative expenses as of Effective Date | (3,070,384) |
| | Estimated cash on hand at Effective Date | 1,373,102 |
| | Estimated cash from sale of Valley Blvd post-Effective Date | 1,200,000 |
| [1] | Estimated cash from sale of Arkansas property post-Effective Date | 500,000 |
| | Estimated cash from present offer of resolution of avoidance action post-Effective Date (from sale of returned property) | 3,000,000 |
| | Cash from the Transitions Services Agreement to be received within 15 days of sale close | 150,000 |
| | Estimated cash from resolution or litigation of Randhawa litigation | Unknown |
| | Estimated cash from other litigation post-Effective Date | Unknown |
| | Total of cash on hand and post-Effective date liquidation of assets | 6,223,102 |
| | Total unpaid administrative claims at Confirmation | (3,070,384) |
| | Estimated asset value in excess of unpaid administrative claims | $ 3,152,718 |

*Footnotes:*

[1]   Assumed $500K recovery after $1M is paid in insurance settlement from sales proceeds.

# **Exhibit F**

Schedule of Administrative Claims

**KAL Group**
Schedule of Admin Claims

| Admin Claims | 4/16/2025 | 4/14/2025 | Original |
|---|---|---|---|
| **Operating Disbursements** | | | |
| **Carrier Pay** | 1,250,000 | 1,250,000 | 1,250,000 |
| **Equipment Lease** | | | |
| Premier Trailers | 61,492 | | 61,132 |
| Xtra Lease | | | 278,111 |
| Total Equipment Lease | 61,492 | - | 339,243 |
| **AP & Other Accrued Expenses** | | | |
| Uncleared Checks | 1,010,552 | 1,048,993 | 1,048,993 |
| Samsara Invoices (Post-Petition) | | | 419,699 |
| NetSuite Invoices | | | 223,684 |
| Adams Invoices | | | 4,350 |
| Texas Ad Valorem Claim (Noor Sale) | 43,500 | 43,500 | 43,500 |
| Miscellaneous Expenses | | | 38,433 |
| Unidentified Expenses | | | 250,000 |
| Total AP & Other Accrued Expenses | 1,054,052 | 1,092,493 | 2,028,660 |
| **Total** | **2,365,543** | **2,342,493** | **3,617,903** |
| | | | |
| **April Rent (Pro rated - Assumes effective date 4/18/25)** | | | |
| 14765 Valley Blvd, Fontana, CA (*Mortgage*) | 17,076 | 10,246 | 10,246 |
| 5939 W Washington St., Phoenix, AZ | | | 26,401 |
| 6060 W Washington St., Phoenix, AZ | | | 6,000 |
| 11184 Almond Ave, Fontana, CA | | | 44,982 |
| 11090 Almond Ave, Fontana, CA | | | 44,982 |
| 10156 Live Oak, Fontana, CA | 143,698 | 143,698 | 143,698 |
| 600 109TH St. Arlington, TX | | | 20,677 |
| Total | **160,774** | **153,944** | **296,986** |
| | | | |
| **Insurance** | | | |
| Insurance (Due 3/21/25) | 215,707 | 215,707 | 215,707 |
| Insurance (Due 4/4/25) | 500,000 | 500,000 | 500,000 |
| Insurance (Due 4/11/25) | | | |
| Total | **715,707** | **715,707** | **715,707** |
| | | | |
| **Winddown & Non Operating Disbursements** | | | |
| **Ordinary Course Professionals** | | | |
| Peter Holtz, CPA Taxes | 35,000 | | 94,000 |
| Mandeep Rupal (Mar/April) | 30,000 | | 40,000 |
| HRSS | - | | 15,000 |
| Total Ordinary Course Professionals | 65,000 | - | 149,000 |
| Employee Termination Costs / PTO | 115,000 | 115,000 | 115,000 |
| Liquidating Trust Funding | | 100,000 | 100,000 |
| Total | **180,000** | **215,000** | **364,000** |
| | | | |
| **Lease Receipts** | | | |
| BOA | 15,750 | | 15,750 |
| Truist | 42,000 | | 42,000 |
| Flushing | 10,500 | | 10,500 |
| Daimler | 28,437 | | 26,250 |
| De Lage Landen | 46,500 | | 46,500 |
| TBK | 51,750 | | 51,750 |
| WF | 17,250 | | 17,250 |
| **Total** | **212,187** | **-** | **210,000** |
| | | | |
| **Total Admin Claims** | **$3,634,211** | **$3,427,144** | **$5,204,595** |